B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Southern District of New York** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Seasons Industrial Contracting** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3655302** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**27 Bruno Lane**<br>**Staten Island, NY**<br><div align="right">ZIP Code<br>**10307**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Richmond** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **211-215 W 5th Street**<br>**Bayonne, NJ 07002** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Seasons Industrial Contracting** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Seasons Industrial Contracting** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

**X** **/s/ Deborah J. Piazza**
Signature of Attorney for Debtor(s)

**Deborah J. Piazza DP-6640**
Printed Name of Attorney for Debtor(s)

**Abrams Fensterman, et al.**
Firm Name

**630 Third Avenue**
**5th Floor**
**New York, NY 10017**

Address

**Email: dpiazza@abramslaw.com**
**212-279-9200  Fax: 212-279-0600**
Telephone Number

**February 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Daniel Margiotta**
Signature of Authorized Individual

**Daniel Margiotta**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 14, 2011**
Date

# United States Bankruptcy Court

## Southern District of New York

In re    **Seasons Industrial Contracting**
_____,
                                    Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 3,063,720.34 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 236,187.41 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 3,678,418.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 3,063,720.34 | | |
| Total Liabilities | | | | 3,914,605.78 | |

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Seasons Industrial Contracting**                      ,      Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

      

.

In re   **Seasons Industrial Contracting**          ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Seasons Industrial Contracting**                       ,        Case No. _____

                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capital One Bank Business Advantage Plus acct# 5494001893** | - | 0.00 |
| | | | **Capital One Business Advantage Plus Payroll acct #5494001885** | - | 23,937.08 |
| | | | **Capital One Bank Business Advantage Plus acct# 5584001464** | - | 31,746.36 |
| | | | **TD Bank acct# 345-0056727** | - | 85,355.95 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **141,039.39**
(Total of this page)

  **5**    continuation sheets attached to the Schedule of Personal Property

In re   **Seasons Industrial Contracting**              ,      Case No. _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | 008873-Walton HS-Abatement | - | 17,862.10 |
| | | D-Pavarini McGovern D10-222-HS-26 Broadway Education Campus ($20,2513.45) D10-225-57 Reade Street ($27,074.00) | - | 47,325.45 |
| | | D-Skanska USA Building, INc. | - | 35,736.23 |
| | | D-Turner Construction (D10-223 - St. Mary's Hospital) | - | 40,305.88 |
| | | D01-180 Columbia University - NYC, NY | - | 1,896.00 |
| | | D07-180-A Columbia Generator | - | 14,275.50 |
| | | D07-180-1 Columbia - CEPSR | - | 61.30 |
| | | D07-180-2 Columbia - New Dodge | - | 572.80 |
| | | D09-215 - Court Square 2 | - | 7,356.00 |
| | | D07-161 - 325 WEst Broadway | - | 63,168.00 |
| | | D07-163 - Queens Family Court | - | 5,000.00 |

                                            Sub-Total >     233,559.26
                                       (Total of this page)

Sheet  **1**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Seasons Industrial Contracting**
_____,   Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | D07-183 - 525 E 118th Street | - | 182.54 |
| | | D07-184 - 25 Broad street | - | 1,271,039.00 |
| | | D08-199 - PS/IS 113 | - | 5,000.00 |
| | | D08-198 Walton High School | - | 53,820.02 |
| | | D08-199 - PS 180 | - | 5,588.92 |
| | | D08-200 - P.S. #59-250 E 57th Street, NYC, NY | - | 6,170.00 |
| | | D08-202 - PS 132 (320 Manhattan Ave) | - | 8,088.32 |
| | | D09-208 - PS 264 - 8818 4th Avenue | - | 98,884.23 |
| | | Metro North Railroad-A-2008-2013 MN10-628 - Port Chester LBP-Restrooms-Demo | - | 15,558.90 |
| | | Metro North Railroad-A-2008-2013 MN10-627-GCT-LBP-Men's Restroom | - | 1,944.14 |
| | | Metro North Railroad-A-2008-2013 MN08-408 Ossining Phase IV | - | 23,525.20 |
| | | Metro North Railroad-A-2008-2013 MN08 -419-GCT-Work Area 2&5 | - | 4,823.36 |
| | | Metro North Railroad-A-2008-2013 NM08-485 - Port Chester Station - ACM/LBP | - | 44,830.82 |
| | | MN08-486 Rye Station-ACVM/LBP MN08-486 C/O #1-UnderPass Demo ($24,072.94) MN08-486 Rye Station-ACM/LB - other ($160,131.64) | - | 184,204.58 |
| | | MN08-491-GCT-LBP-Track #29-Crash wall | - | 4,770.59 |
| | | MN09-511-1 525 N. Brdwy-First floor | - | 340,033.68 |
| | | MN09-511-2 525 N. brdwy 2nd Floor | - | 73,769.64 |
| | | MN09-511-B 525 N. Brdwy Basement | - | 10,635.20 |
| | | MN09-511-E4-Mens Room - 1st and 2nd floors | - | 6,555.18 |
| | | MN09-511-EW-525 N. Brdwy-East Wall | - | 62,061.00 |
| | | MN 09-511-K-Kitchen $ Slop Sink | - | 17,019.29 |

Sub-Total >   **2,238,504.61**
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re   **Seasons Industrial Contracting**               ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | MN09-511-M - 525 N. Brdwy-mechanical room | - | 65,999.83 |
| | | MN09-523 - GCT Valve C Abatement - Waldorf | - | 5,605.04 |
| | | MN09-528 GCT Rain Room - North End | - | 23,346.61 |
| | | MN09-531 ACM-Mold Croton Harmon | - | 24,228.64 |
| | | MN09-543 Fordham Station ACM-NYC | - | 17,728.66 |
| | | MN09-541 GCT-ACM-Yale Club-230 Park Ave. | - | 5,181.28 |
| | | MN09-545 GCT Oycter Bar-East Stairwell | - | 558.16 |
| | | MN09-547 Toilet #69 New Haven, CT | - | 498.72 |
| | | MN10-574 347 Madison Avenue - LBP-DeMob | - | 7,242.15 |
| | | MN10-585 EMERG-Rye Transite Pipes | - | 6,264.28 |
| | | MN10-600 GCT-ACM Track #40-6LF | - | 2,449.41 |
| | | MN10-611 Mott Haven Needle CleanUp - Bronx | - | 2,457.54 |
| | | MN10-613 GCT-ACM-Met Life-Madison Yard | - | 1,167.90 |
| | | MN10-615 Pioughkeepsie Stat- Windows/Doors | - | 21,305.25 |
| | | MN10-618 ACM-138th Street Bridge-TransPipe | - | 4,175.66 |
| | | MN10-621 GCT-ACM-46th St. West Steam Tun | - | 14,275.40 |
| | | MN10-623 GCT-LBP-Operational Bathroom | - | 5,887.77 |
| | | MN10-624 GCT-LBP Glass Walkway | - | 2,230.40 |
| | | MN10-625 Port Chester Bathrooms | - | 14,514.38 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Expected 2007 Tax Refund | - | 55,000.00 |

                                                  Sub-Total >     280,117.08
                                               (Total of this page)

Sheet  **3**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

In re     **Seasons Industrial Contracting**         ,    Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Ford Van (156,224 miles)** | - | 1,500.00 |
| | | **2005 GMC (183,000 miles)** | - | 10,000.00 |
| | | **2006 Ford (169,997 miles)** | - | 8,000.00 |
| | | **2007 Isuzu Truck (65,000 miles)** | - | 10,000.00 |
| | | **2008 Sterling Truck (33,312 miles)** | - | 20,000.00 |
| | | **2003 Haulm Trailer - located in yard** | - | 2,000.00 |
| | | **2000 United Trailer - located in Croton Harmon** | - | 2,000.00 |
| | | **2002 Haulm Trailer - located in Poughkeepsie** | - | 2,000.00 |

                                                       Sub-Total >      **55,500.00**
                                                (Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Seasons Industrial Contracting**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2008 Pace Trailer - locted in yard | - | 2,000.00 |
| | | Caterpillar 226B-MJH09315 | - | 11,000.00 |
| | | Caterpillar 226B-MJH09607 | - | 11,000.00 |
| | | Caterpillar 226B-MJH12215 | - | 11,000.00 |
| | | Caterpillar 262 | - | 3,000.00 |
| | | Caterpillar 226B | - | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, computers, main frame, filing cabinets, copy machine | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2000 Fork Lift Model A815B08033X | - | 3,000.00 |
| | | Rhino Wheel Wash A815B08033X | - | 20,000.00 |
| | | Asbestos Abatement materials/equipment, etc. | - | 20,000.00 |
| | | Demolition Equipment - hand tools safety harnesses, scafflding, ladders, high pressure water pump, etc. | - | 20,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 115,000.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 3,063,720.34 |

Sheet  __5__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Seasons Industrial Contracting** _____,     Case No. _____

                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxx3253 | | | | **2005 GMC (183,000 miles)** | | | | | |
| **ally** **P.O. Box** **Minneapolis, MN 55438** | | - | | | | | | | |
| | | | | Value $                  **10,000.00** | | | | **19,298.00** | **9,298.00** |
| Account No. **xx-2035** | | | | **Note/Line of Credit** | | | | | |
| **Capital One** **c/o Steven J. Robinson, Esq.** **44 Wall Street, 19th Floor** **New York, NY 10005** | | - | | **All assets of Debtor** | | | | | |
| | | | | Value $                  **Unknown** | | | | **142,257.52** | **Unknown** |
| Account No. **xxx-xxxxxx1-000** | | | | **Caterpillar 226B-MJH09315** | | | | | |
| **Caterpillar Financial Services** **2120 West End Avenue** **Nashville, TN 37203-0001** | | - | | | | | | | |
| | | | | Value $                  **11,000.00** | | | | **1,153.00** | **0.00** |
| Account No. **xxx-xxxxxx6-000** | | | | **Caterpillar 226B-MJH09607** | | | | | |
| **Caterpillar Financial Services** **2120 West End Avenue** **Nashville, TN 37203-0001** | | - | | | | | | | |
| | | | | Value $                  **11,000.00** | | | | **3,322.20** | **0.00** |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **166,030.72** | **9,298.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Seasons Industrial Contracting**                                          , Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxx-xxxxxx2-000** | | | | | **Caterpillar 226B-MJH12215** | | | | | |
| **Caterpillar Financial Services** **2120 West End Avenue** **Nashville, TN 37203-0001** | - | | | | | | | | | |
| | | | | | Value $           **11,000.00** | | | | **11,368.96** | **368.96** |
| Account No. | | | | | **2008 Sterling Truck (33,312 miles)** | | | | | |
| **Daimler Chrysler Truck Financi** **P.O. Box 3198** **DCFS USA LLC** **Milwaukee, WI 53201** | - | | | | | | | | | |
| | | | | | Value $           **20,000.00** | | | | **40,462.00** | **20,462.00** |
| Account No. **xxxxxxx0001** | | | | | **2007 Isuzu Truck (65,000 miles)** | | | | | |
| **M & T Credit Services, LLC** **P.O. Box 64679** **Baltimore, MD 21264-4679** | - | | | | | | | | | |
| | | | | | Value $           **10,000.00** | | | | **17,401.00** | **7,401.00** |
| Account No. **xxxxxx9-001** | | | | | **2000 Fork Lift Model A815B08033X** | | | | | |
| **NMGH/Yale Financial** **P.O Box** **Bayonne, NJ 07002-8204** | - | | | | | | | | | |
| | | | | | Value $            **3,000.00** | | | | **924.73** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **70,156.69** | **28,231.96** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **236,187.41** | **37,529.96** |

.

In re    **Seasons Industrial Contracting**        ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Seasons Industrial Contracting** _____ ,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **x80.62** <br><br> **ADP-Payroll Acct #056010** <br> **P.O. Box 9001006** <br> **Louisville, KY 40292-1006** | | - | | | | | **980.62** |
| Account No. <br><br> **Agovino & Asselta, LLP** <br> **330 Old Country Road** <br> **Suite 201** <br> **Mineola, NY 11501** | | - | | | | | **33,682.90** |
| Account No.  **-411001** <br><br> **American Express - Gold** <br> **P.O. Box 1270** <br> **Newark, NJ 07101-1270** | | - | | | | | **13,701.68** |
| Account No. <br><br> **American Waste Management Serv** <br> **1 American Way** <br> **Warren, OH 44484-5555** | | - | | | | | **1,266.87** |

___23___ continuation sheets attached

Subtotal
(Total of this page)        **49,632.07**

B6F (Official Form 6F) (12/07) - Cont.

In re **Seasons Industrial Contracting** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **#0-81008** | | | | | | | | |
| AMEX - Centurion # P.O. Box 2855 New York, NY 10116-2855 | - | | | | | | | 41,261.42 |
| Account No. | | | | | | | | |
| Arpielle Equipment 5-02 54th Avenue Long Island City, NY 11101 | - | | | | | | | 2,607.00 |
| Account No. | | | | | | | | |
| ASG Pest Control 26 Rail Road avenue #336 Babylon, NY 11702-2204 | - | | | | | | | 1,469.81 |
| Account No. | | | | | | | | |
| Avaya Financial P.O. Box 93000 Chicago, IL 60673-0001 | - | | | | | | | 2,166.12 |
| Account No. **xxxx-xxxx-xxxx-7990** | | | | | | | | |
| Bank of America - M/C P.O. Box 15091 Wilmington, DE 19886-5721 | - | | | | | | | 35,368.64 |

Sheet no. __1__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  82,872.99

In re   **Seasons Industrial Contracting**                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BCA Equipment Rental 796 East 140th Street Bronx, NY 10454** | - | | | | | | 11,642.50 |
| Account No. **BCA NJ Raritan Center Plaza II Fieldcrest Avenue Edison, NJ 08837** | - | | | | | | 900.00 |
| Account No. **Benjamin Kurzban & Son Control 1248 Ralph Avenue Brooklyn, NY 11236** | - | | | | | | 8,256.80 |
| Account No. **Blue One Tool Rentals** | - | | | | | | 4,351.84 |
| Account No. **Bronx Welding Supply 94 Marine Street Farmingdale, NY 11735** | - | | | | | | 1,199.16 |

Sheet no. __2__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,350.30

In re  **Seasons Industrial Contracting**                                    ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Building Trades Employers** **1430 Broadway** **11th Floor** **New York, NY 10018** | - | | | | | X | X | X | 500.00 |
| Account No. **xxxx-xxxx-xxxx-6961** | | | | | | | | | |
| **Capital One - Visa** **P.O. Box 71083** **Charlotte, NC 28272-1083** | - | | | | | | | | 6,953.93 |
| Account No. | | | | | | | | | |
| **Certified Carting** **123 Jamie Street** **Islip Terrace, NY 11752** | - | | | | | | | | 31,858.99 |
| Account No. **xxxx-xxxx-xxxx-6421** | | | | | | | | | |
| **Chase Platinum MC** **P.O. Box 15153** **Wilmington, DE 19886-5651** | - | | | | | | | | 9,768.18 |
| Account No. | | | | | | | | | |
| **Christopher Garofalo** **447 95th Street** **Apt 2A** **Brooklyn, NY 11209** | - | | | | | | | | 19,658.20 |

Sheet no. __3__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,739.30

2/14/11  5:42PM

In re    **Seasons Industrial Contracting**                                    ,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| CLNV, LLC 211 WEst 5th Street P.O. Box 183 Bayonne, NJ 07002 | - | | | | | | | | 18,443.75 |
| **Account No.** | | | | | | | | | |
| Cohen Hochman & Allen 80 Maiden Lane Suite 506/507 New York, NY 10038 | - | | | | | | | | 1,925.00 |
| **Account No.** | | | | | | | | | |
| Concentra Medical Centers P.O. Box 8750 Elkridge, MD 21075-8750 | - | | | | | | | | 2,469.18 |
| **Account No.** | | | | | | | | | |
| Consolidated Edison Co. of NY 4 Irving Place 10th Floor New York, NY 10003 | - | | | | | | | | 12,301.71 |
| **Account No.** | | | | | | | | | |
| Construction Consulting Assoc 100 Church Street Suite 1625 Suite 1625 New York, NY 10007 | - | | | | | | | | 730.23 |

Sheet no.  _4_  of  _23_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              35,869.87

2/14/11 5:42PM

In re **Seasons Industrial Contracting** _____ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Coverages Unlimited 20 broadhollow Road Suite 1001A Melville, NY 11747 | - | | | | | | | 8,400.00 |
| Account No. | | | | | | | | |
| Daniel Margiotta 27 Bruno Lane Staten Island, NY 10307 | - | | | | | | | 4,901.85 |
| Account No. | | | | | | | | |
| Darrell Alvarez & Associates P.O. Box 195 Little Falls, NJ 07424 | - | | | | | | | 12,000.00 |
| Account No. | | | | | | | | |
| DCM Erectors 77 Belfield Road Suite 100 Ontario, Canada M9W1G6 | - | | | | | | | 48,319.02 |
| Account No. | | | | | | | | |
| Domani Consulting P.O. Box 4738 Houston, TX 77210-4738 | - | | | | | | | 4,705.00 |

Sheet no. __5__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     78,325.87

In re   **Seasons Industrial Contracting**               ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**DPI Products** <br>**930 Riverview Drive** <br>**Totowa, NJ 07512** | - | | | | | | | 1,419.48 |
| Account No. <br><br>**Eagle** <br>**66 Broadway Bldg F** <br>**Staten Island, NY 10310** | - | | | | | | | 2,200.00 |
| Account No. <br><br>**Eagle Scaffolding** <br>**67 Mill Street** <br>**Amityville, NY 11701** | - | | | | | | | 15,025.92 |
| Account No. <br><br>**East Coast Hazmat Removal** <br>**494 East 41 Street** <br>**Paterson, NJ 07504** | - | | | | | | | 47,935.00 |
| Account No. <br><br>**Edgar Cortez** <br>**780 Cornwallis Drive** <br>**Easton, PA 18040** | - | | | | | | | 121,007.69 |

Sheet no. __6__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                187,588.09
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seasons Industrial Contracting**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **EMC Hauling** **1811 Azalea Drive** **North Brunswick, NJ 08902** | | | | | | | | 10,050.00 |
| Account No. | | - | | | | | | |
| **Environmental Control Board** **P.O. Box 2307** **New York, NY 10272** | | | | | | | | 1,200.00 |
| Account No. | | - | | | | | | |
| **Exterior Wall & Building** **226 East Merrick Road** **Valley Stream, NY 11580** | | | | | | | | 8,000.00 |
| Account No. | | - | | | | | | |
| **EZ Pass** **P.O. Box 15187** **Albany, NY 12212-1587** | | | | | | | | 529.65 |
| Account No. | | - | | | | | | |
| **FedEx Express Services** **942 Shady Grove Road** **Memphis, TN 38120** | | | | | | | | 1,249.77 |

Sheet no. __7__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,029.42

In re    **Seasons Industrial Contracting**                ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Fresh Meadow Electrical Contra**<br>**65-01 Fresh Meadow Lane**<br>**Fresh Meadows, NY 11365** | - | | | | | | | 10,000.00 |
| Account No. <br><br>**Gams Power Tools**<br>**133-135 Schuyleer Avenue**<br>**Kearny, NJ 07032** | - | | | | | | | 8,309.20 |
| Account No. <br><br>**Garlock East**<br>**37-25 Vernon Blvd.**<br>**Long Island City, NY 11101** | - | | | | | | | 2,346.82 |
| Account No. <br><br>**GC Services Limited Partners**<br>**P.O. Box 5220**<br>**San Antonio, TX 78201** | - | | | | | | | 6,542.86 |
| Account No. <br><br>**GCI Environmental Advisory**<br>**655 Third Avenue**<br>**New York, NY 10017** | - | | | | | | | 4,540.00 |

Sheet no. __8__ of __23__ sheets attached to Schedule of          Subtotal           | 31,738.88
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

In re   **Seasons Industrial Contracting**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GMSL**<br>**20 Crossways Park North**<br>**Woodbury, NY 11797** | - | | | | | | 47,000.00 |
| Account No. | | | | | | | |
| **Grace Moore Consultants**<br>**575 Amityville**<br>**Amityville, NY 11701-2114** | - | | | | | | 125,803.79 |
| Account No. | | | | | | | |
| **Grainger** | - | | | | | | 478.38 |
| Account No. | | | | | | | |
| **Guardian Gate Company**<br>**19 West 34th Street**<br>**Suite 600**<br>**New York, NY 10001** | - | | | | | | 562.20 |
| Account No. | | | | | | | |
| **H & L Electric Co Inc.**<br>**41-11 28th Street**<br>**Long Island City, NY 11101** | - | | | | | | 253.13 |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

174,097.50

In re   **Seasons Industrial Contracting**                                ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Heavy Construction Industry Fu Local 731 34-11/09 25th Avenue Astoria, NY 11106** | - | | | | | X | X | X | 806.10 |
| Account No. **xxxxxxxxxxxx3056** | | | | | | | | | |
| **Home Depot P.O. Box 6029 The Lakes, NV 88901-6029** | - | | | | | | | | 15,176.64 |
| Account No. | | | | | | | | | |
| **IDC Corporation 11-40 Borden Avenue Long Island City, NY 11101** | - | | | | | | | | 277,505.11 |
| Account No. | | | | | | | | | |
| **Island Wide Site Development 209 South Fehr Way Bay Shore, NY 11706** | - | | | | | | | | 244,737.82 |
| Account No. | | | | | | | | | |
| **IUOE - Local #14 141-57 Northern Blvd. Flushing, NY 11354** | - | | | | | X | X | X | 1,767.63 |

Sheet no. __10__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          539,993.30

In re    **Seasons Industrial Contracting**                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jam Consultants Inc. 104 W. 29th Street 9th Floor New York, NY 10001 | - | | | | | | | 11,131.09 |
| Account No. | | | | | | | | |
| James A. Chirdo 237 Green Valley Road Staten Island, NY 10312 | - | | | | | | | 6,145.33 |
| Account No. | | | | | | | | |
| Jaska Hydraulic Services P.O. Box 1171 New York, NY 10028 | - | | | | | | | 24,258.79 |
| Account No. | | | | | | | | |
| Javier Cardenas 164 Elmwood Avenue Bogota, NJ 07603 | - | | | | | | | 57,086.89 |
| Account No. | | | | | | | | |
| JEG, Inc. 956 Market Street Paterson, NJ 07513 | - | | | | | | | 871.40 |

Sheet no. __11__ of __23__ sheets attached to Schedule of          Subtotal          99,493.50
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

In re    **Seasons Industrial Contracting**                 ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jennifer Margiotta 27 Bruno Lane Staten Island, NY 10307 | - | | | | | | | 849.84 |
| Account No. | | | | | | | | |
| Kenneth M. Murray, Esq. 15 Wallas Road Middletown, NJ 07748 | - | | | | | | | 5,320.00 |
| Account No. | | | | | | | | |
| Lam Medical Associates 90-14 Elmhurst Avenue Jackson Heights, NY 11372 | - | | | | | | | 2,850.00 |
| Account No. | | | | | | | | |
| Liberty Fence 66 Broadway Staten Island, NY 10310 | - | | | | | | | 19,150.00 |
| Account No. | | | | | | | | |
| Litchfield Cavo 303 West Madison Street Suite 300 Chicago, IL 60606-3300 | - | | | | | | | 202,093.31 |

Sheet no. __12__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      230,263.15

In re  **Seasons Industrial Contracting**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Local #78 Mason Tenders 30 Cliff Street, 6th Floor New York, NY 10018** | - | | | X | X | X | 75,756.07 |
| Account No. | | | | | | | |
| **Local 12A Annuity Funds DH Cook Assoc 253 W. 35th St. New York, NY 10001** | - | | | X | X | X | 999.00 |
| Account No. | | | | | | | |
| **Local 12A Benefits Fund DH Cook Assoc 253 W. 35th St. 12th Floor New York, NY 10001** | - | | | X | X | X | 95,304.62 |
| Account No. | | | | | | | |
| **Local 79A Mason Tenders - Laboreres Loc. 520 8th Ave. 6th Floor New York, NY 10018** | - | | | X | X | X | 56,739.62 |
| Account No. | | | | | | | |
| **Local 79B Mason Tenders-Laborers Loc 520 8th Ave. 6th Floor New York, NY 10018** | - | | | X | X | X | 45,204.11 |

Sheet no. __13__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    274,003.42

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Seasons Industrial Contracting** _____ ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Long Island Truck Parts** **565 Sunrise Hwy** **Bay Shore, NY 11706** | - | | | | | | | 43.36 |
| Account No. | | | | | | | | |
| **M. Fine Lumber Company** **1430 Broadway** **Suite 1612** **New York, NY 10018** | - | | | | | | | 1,330.00 |
| Account No. | | | | | | | | |
| **Manhattan Surveying, P.C.** **225 Broadway Suite 2620** **Suite 2620** **New York, NY 10007** | - | | | | | | | 133.00 |
| Account No. | | | | | | | | |
| **Mark Cintron Sr.** **420 Wildwood Road** **Northvale, NJ 07647** | - | | | | | | | 5,493.44 |
| Account No. | | | | | | | | |
| **Mason Tenders District Council** **530 8th Avenue** **Suite 600** **New York, NY 10018-4196** | - | | | | X | X | X | 9,976.16 |

Sheet no. __14__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal (Total of this page)        16,975.96</div>

In re   **Seasons Industrial Contracting**                     ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| **Account No.** | | | | | | | | | |
| **Metropolitan Sewer, Inc.** 1324 Herschell Street Bronx, NY 10461 | - | | | | | | | | 15,050.00 |
| **Account No.** | | | | | | | | | |
| **Montefiore Medical Center** 111 East 210th Street Bronx, NY 10467-2490 | - | | | | | | | | 1,166.19 |
| **Account No.** | | | | | | | | | |
| **Mr. John** P.O. Box 130 Keasbey, NJ 08832 | - | | | | | | | | 1,088.77 |
| **Account No.** | | | | | | | | | |
| **MSMC Emergency Services Assoc.** P.O. Box 808 Grand Rapids, MI 49518-0808 | - | | | | | | | | 418.00 |
| **Account No.** | | | | | | | | | |
| **N.Y. Laborers Political Action** | - | | | | | X | X | X | 1.60 |

Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      17,724.56

In re __Seasons Industrial Contracting__ , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **N.Y.S. Lecet Local 79 520 8th Avenue, 6th Floor New York, NY 10018** | - | | | | X | X | X | 3.20 |
| Account No. | | | | | | | | |
| **Nacerima - Yonkers P.O. Box 183 Bayonne, NJ 07002** | - | | | | | | | 812.81 |
| Account No. | | | | | | | | |
| **Nacirema Industries, Inc. P.O. Box 183 Bayonne, NJ 07002** | - | | | | | | | 179,138.66 |
| Account No. | | | | | | | | |
| **Nacirema Maintenance 110 Evergreen Ave. Newark, NJ 07114** | - | | | | | | | 673.86 |
| Account No. | | | | | | | | |
| **NAPCO** | - | | | | | | | 162.68 |

Sheet no. __16__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 180,791.21

2/14/11 5:42PM

In re __Seasons Industrial Contracting__ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**National Grid**<br>**8624 Ditmas Avenue**<br>**Bldg #40, 2nd Floor**<br>**Brooklyn, NY 11236** | - | | | | | | | 1,428.38 |
| Account No.<br><br>**New York Concrete Corp.**<br>**708 Sharrotts Road**<br>**Staten Island, NY 10309** | - | | | | | | | 731.53 |
| Account No.<br><br>**Nextel Communication**<br>**P.O. Box 17621**<br>**Baltimore, MD 21297-1621** | - | | | | | | | 6,136.79 |
| Account No.<br><br>**Northeast Gas Services, Inc.**<br>**27 McDermott Place**<br>**New Brunswick, NJ 08901** | - | | | | | | | 1,714.12 |
| Account No.<br><br>**Nova Development Group**<br>**189 Townsend Street**<br>**New Brunswick, NJ 08901** | - | | | | X | X | X | 913,427.00 |

Sheet no. __17__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

923,437.82

In re __Seasons Industrial Contracting_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **NYC City Tax**<br>**66 John Street, 10th Floor**<br>**New York, NY 10038** | - | | | | | | 3,307.21 |
| Account No. | | | | | | | |
| **NYC Department of Finance**<br>**66 John Street, 10th Floor**<br>**New York, NY 10038** | - | | | | | | 175.00 |
| Account No. | | | | | | | |
| **NYC Finance Administrator**<br>**66 John Street 10th Floor**<br>**New York, NY 10038** | - | | | | | | 1,284.00 |
| Account No. | | | | | | | |
| **NYS Sales Tax**<br>**Building 9**<br>**W.A. Harriman Campus**<br>**Albany, NY 12227** | - | | | | | | 33,190.56 |
| Account No. | | | | | | | |
| **Oliveira Contracting, Inc.**<br>**15 Alberson Avenue**<br>**Albertson, NY 11507** | - | | | | | | 63,187.94 |

Sheet no. __18__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,144.71

In re    **Seasons Industrial Contracting**                                          ,    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **One Communications Department 284 P.O. Box 80000 Hartford, CT 06180-0284** | - | | | | | | | 1,399.27 |
| Account No. | | | | | | | | |
| **Opal Constructions 209 South Fehr Way Bay Shore, NY 11706** | - | | | | | | | 11,475.00 |
| Account No. | | | | | | | | |
| **Papp Iron Works, Inc. 950 South Second Street Plainfield, NJ 07063** | - | | | | | | | 60,897.00 |
| Account No. | | | | | | | | |
| **Pitney Bowes-Postage Acct. 2225 American Drive Neenah, WI 54956** | - | | | | | | | 207.99 |
| Account No. | | | | | | | | |
| **Prestige Construction 68 South Service Road Suite 100 Melville, NY 11747** | - | | | | | | | 132,582.90 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

206,562.16

2/14/11 5:42PM

In re __Seasons Industrial Contracting__ ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1518** <br><br> **PSE&G - Bayonne** <br> **P.O. BOx 14104** <br> **Providence, RI 02906-4106** | - | | | | | | 2,817.76 |
| Account No. **xxxxxx7802** <br><br> **PSE&G - Bayonne** <br> **P.O. BOx 14104** <br> **Providence, RI 02906-4106** | - | | | | | | 470.07 |
| Account No. <br><br> **Reaction Reprographics** <br> **115 South Second Street** <br> **Suite 5** <br> **Bay Shore, NY 11706** | - | | | | | | 36.66 |
| Account No. <br><br> **Red Hook Construction** <br> **209 South Fehr Way** <br> **Bay Shore, NY 11706** | - | | | | | | 66,052.17 |
| Account No. <br><br> **Salco Supplies** <br> **49-01 67th Street** <br> **Woodside, NY 11377** | - | | | | | | 7,744.20 |

Sheet no. __20__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    77,120.86

2/14/11 5:42PM

In re    **Seasons Industrial Contracting**                              ,    Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Salvatore Carucci 75 Oakneck Lane West Islip, NY 11795 | - | | | | | | 13,721.65 |
| Account No. Site Safety, LLC 286 Madison Ave. 3rd Floor New York, NY 10016 | - | | | | | | 29,865.00 |
| Account No. Skyline Scaffolding Group 712 Route 1 Edison, NJ 08817 | - | | | | | | 1,816.25 |
| Account No. Sprint KSOPHT0101-Z4300 6391 Sprint Parkway Overland Park, KS 66251-4300 | - | | | | | | 6,542.86 |
| Account No. Steven M Tarshis, Esq. 30 Hogback Road Pittstown, NJ 08867 | - | | | | | | 1,505.00 |

Sheet no. __21__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **53,450.76**

2/14/11 5:42PM

In re    **Seasons Industrial Contracting**                                                          ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **The Travelers Indemnity Co.** **4600 Fuller Drive** **Irving, TX 75038** | - | | | | | | 79,146.62 |
| Account No. | | | | | | | |
| **Tomahawk Cutting & Coring, LLC** **459 Blackhorse Lane** **North Brunswick, NJ 08902** | - | | | | | | 35,787.50 |
| Account No. | | | | | | | |
| **Transportation Writers, Inc.** **20 Broadhollow Road** **Suite 1001A** **Melville, NY 11747** | - | | | | | | 32,039.80 |
| Account No. | | | | | | | |
| **Tri-Boro Hardware** **120 Howard Hard Drive** **Jersey City, NJ 07305** | - | | | | | | 4,857.55 |
| Account No. | | | | | | | |
| **Underdog Trucking** **116 Moonachie Avenue** **Moonachie, NJ 07074** | - | | | | | | 2,177.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

154,008.47

2/14/11 5:42PM

In re  **Seasons Industrial Contracting**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | | C | | | | | |
| Account No. | | | | | | | | | |
| **University Sports Publication** **570 Elmont Road Depar 203** **Elmont, NY 11003** | - | | | | | | | | 3,950.00 |
| Account No. | | | | | | | | | |
| **Verizon** **P.O. Box 15124** **Albany, NY 12212** | - | | | | | | | | 3,950.00 |
| Account No. | | | | | | | | | |
| **Verizon Wireless** **P.O. BOx 408** **Newark, NJ 07101-0408** | - | | | | | | | | 168.79 |
| Account No. **xxxxxxxxx-x0001** | | | | | | | | | |
| **Verizon Wireless** **P.O. BOx 408** **Newark, NJ 07101-0408** | - | | | | | | | | 97.03 |
| Account No. | | | | | | | | | |
| **William Ellis Partners, Inc.** **61 Couty Line Road** **Somerville, NJ 08876** | - | | | | | | | | 39,038.38 |

Sheet no. __23__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 47,204.20 |
| Total (Report on Summary of Schedules) | | 3,678,418.37 |

In re   **Seasons Industrial Contracting**               ,     Case No. _____

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

.

In re    **Seasons Industrial Contracting**                 ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Margiotta**<br>**27 Bruno Lane**<br>**Staten Island, NY 10307** | **Caterpillar Financial Services**<br>**2120 West End Avenue**<br>**Nashville, TN 37203-0001** |
| **Daniel Margiotta**<br>**27 Bruno Lane**<br>**Staten Island, NY 10307** | **ally**<br>**P.O. Box**<br>**Minneapolis, MN 55438** |
| **Daniel Margiotta**<br>**27 Bruno Lane**<br>**Staten Island, NY 10307** | **NMGH/Yale Financial**<br>**P.O Box**<br>**Bayonne, NJ 07002-8204** |
| **Daniel Margiotta**<br>**27 Bruno Lane**<br>**Staten Island, NY 10307** | **Daimler Chrysler Truck Financi**<br>**P.O. Box 3198**<br>**DCFS USA LLC**<br>**Milwaukee, WI 53201** |
| **Daniel Margiotta**<br>**27 Bruno Lane**<br>**Staten Island, NY 10307** | **M & T Credit Services, LLC**<br>**P.O. Box 64679**<br>**Baltimore, MD 21264-4679** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Southern District of New York

In re __Seasons Industrial Contracting__          Case No. _____

                                 Debtor(s)       Chapter    __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __38__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 14, 2011__         Signature    __/s/ Daniel Margiotta_____

                                                            **Daniel Margiotta**
                                                            **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Seasons Industrial Contracting**        Case No. _____

                                  Debtor(s)         Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,491,891.00** | **Amended 2007 Tax Return** |
| **$2,039,510.00** | **2008 Tax Return** |
| **$1,358,301.00** | **2009 Tax Return** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                SOURCE

#### 3. Payments to creditors

None
■    *Complete a. or b., as appropriate, and c.*

     a.    *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **(D) Nova Development Group, Inc. v. 25 Broad LLC and Seasons Industrial Contracting** | | **Supreme Court of the State of New York** | **Judgment** |
| **Seasons Industrial Contracting Corp. v. VJB Construction Corp., ADG-SOHO LLC, and "John Doe No. 1" through "John Doe No. 5"** | **Lien** | **Supreme Court of the State of New York** | **Pending** |
| **(D) Trustee of the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Mason Tenders District Council of Greater New York v. Seasons Industrial Contracting** | **Arbitration** | **Office of Impartial Arbitrator 23 83rd Street Brooklyn, NY 11209 Roger E. Maher** | **Pending** |
| **(D) Anna Hernandez v. 340 CS Holdings, LLC and Seasons Industrial Contracting Corp. (Index No. 24575/08)** | **Demand for a Verified Bill of Particulars** | **Supreme Court of the State of New York, County of Kings** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **(D) Zurich American Insurance Company and M.A. Angeliades, Inc. v. National union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines INsurance Co. and Seasons Industrial Contracting Corp. (TP Index No. 83909/2010)** | **Third Party Defendants** | **Supreme Court of the State of New York, County of Bronx** | **Pending** |
| **(D) Sunwood Realty Corp. v. V3 Hotels, 237 Deffield Street, LLC, Park Developers & Builders, Inc., Seasons Industrial Contracting Corp. and V3 231 LLC (Index No. 28381/09)** | | **Supreme Court of the State of New York County of Kings** | **Pending** |
| **(D) M. A. Angeliades, Inc. v. Seasons Industrial Contracting Corp. (Index No. 85849/07)** | **Third Party Defense** | **Suporeme Court of the State of New York County of Bronx** | **Pending** |
| **(D) Turner Construction Company, the City of New York and the New York City Economic Development Corporation v. Seasons Industrial Contracting Corporation (Index No.590240/08)** | | **Supreme Court of the State of New York County of New York** | **Pending** |
| **(D) Gregory McGuirk v. Taigo Holdings, LLC, Tishman Construction Corporation, Tishman Construction Corporation of Manhattan, Tishman Constructino Corporation of New York, Seasons Industrial Contracting (Index No. 14938/09)** | **Personal Injury action against Debtor** | **Supreme Court of the State of New York County of Kings** | **Pending** |
| **(D) Yester Castillo and Gloria Castillo v. 281 Broadway Associates, 281 Broadway Holdings, LLC, Chambers Company, LLC, The John Buck Company, Seasons Industrial Contracting and Site Safety, LLC (Index No. 12984/09)** | | **Supreme Court of the State of New York County of Kings** | **Pending** |
| **(D) Donald Boyce and Shante' Boyce v. Turner Construction Company, Seasons Industrial Constructing Corp., Commodore Construction Corp., and John Doe (Index No. 9945/10)** | | **Supreme Court of the State of New York County of Kings** | **Pending** |
| **(D) Luis Valverde v. 157 Chambers Development Owner, LLC and Artisan Lofts Development Owner, LLC (Index No. 39825/07)** | **Debtor worked for 157 Chambers Development.** | **Supreme Court of the State of New York County of Kings** | **Pending** |
| **(D) Joseph A. Ferrara Sr. et al. v. Seasons Industrial Contracting, Corp. (10-CV-3474)** | | **United States District Court Eastern District Court of New York - Magistrage Judge RLM** | **Pending** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nova Development Group 189 Twonsend Street New Brunswick, NJ 08901** | | **Capital One Bank account # 5494001893 ($0.00)** |
| **Nova Development Group 189 Townsend Street New Brunswick, NJ 08901** | | **Capital One Payroll Acct #5494001885 ($23,937.08)** |
| **Nova Development Group 189 Townsend Street New Brunswick, NJ 08901** | | **Capital One Bank Account # 5584001464 ($31,746.36)** |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nova Development Group**<br>**189 Townsend Street**<br>**New Brunswick, NJ 08901** | | **TD Bank Account #345-0056727 ($85,355.95)** |

---

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Webster Capital Finance**<br>**P.O. Box 330**<br>**Hartford, CT 06141-0330** | **2/10/11** | **Caterpillar Mini 303 (Serial No. DMA01678)**<br>**Caterpillar Mini 303 (Serial No. DMA03633)**<br>**CAT Hammer (Serial No. BYT 00850)**<br>**CAT Hammer (Serial No. BYT 00503)**<br>**CAT Skidsteer 226B (Serial No. MJH03121)** |

---

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Abrams Fensterman, et al.**<br>**630 Third Avenue,**<br>**5th Floor**<br>**New York, NY 10017** | **2/2/11** | **$7500** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **TD Bank** | **(Account #)4244485359** | **0.00** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1000 Page Avenue, Lyndhurst, NJ 07071** | **Debtor** | **3/2004 - 3/2009** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Gettry Marcus Stern & Lehrer, CPA, PC**<br>**20 Crossways Pk N., Sutie 304**<br>**Woodbury, NY 11797** | **2007 through present** |

None
■

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Daniel Margiotta** | **President** | **100%** |
| **27 Bruno Lane** | | |
| **Staten Island, NY 10307** | | |

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 14, 2011**                    Signature   **/s/ Daniel Margiotta**

                                                                **Daniel Margiotta**
                                                                 **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re    **Seasons Industrial Contracting**             Case No. _____

                              Debtor(s)             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 14, 2011**             **/s/ Deborah J. Piazza**

                                        **Deborah J. Piazza**
                                        **Abrams Fensterman, et al.**
                                        **630 Third Avenue**
                                        **5th Floor**
                                          **New York, NY 10017**
                                        **212-279-9200   Fax: 212-279-0600**
                                        **dpiazza@abramslaw.com**

# United States Bankruptcy Court
## Southern District of New York

In re __Seasons Industrial Contracting__                        Case No. _____

                                      Debtor(s)      Chapter   __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __February 14, 2011_____        __/s/ Daniel Margiotta_____
                                                 **Daniel Margiotta**/**President**
                                                 Signer/Title

```
ADP-PAYROLL ACCT #056010
P.O. BOX 9001006
LOUISVILLE, KY 40292-1006


AGOVINO & ASSELTA, LLP
330 OLD COUNTRY ROAD
SUITE 201
MINEOLA, NY 11501


ALLY
P.O. BOX
MINNEAPOLIS, MN 55438


AMERICAN EXPRESS - GOLD
P.O. BOX 1270
NEWARK, NJ 07101-1270


AMERICAN WASTE MANAGEMENT SERV
1 AMERICAN WAY
WARREN, OH 44484-5555


AMEX - CENTURION #
P.O. BOX 2855
NEW YORK, NY 10116-2855


ARPIELLE EQUIPMENT
5-02 54TH AVENUE
LONG ISLAND CITY, NY 11101


ASG PEST CONTROL
26 RAIL ROAD AVENUE #336
BABYLON, NY 11702-2204


AVAYA FINANCIAL
P.O. BOX 93000
CHICAGO, IL 60673-0001


BANK OF AMERICA - M/C
P.O. BOX 15091
WILMINGTON, DE 19886-5721


BCA EQUIPMENT RENTAL
796 EAST 140TH STREET
BRONX, NY 10454
```

BCA NJ
RARITAN CENTER PLAZA II
FIELDCREST AVENUE
EDISON, NJ 08837


BENJAMIN KURZBAN & SON CONTROL
1248 RALPH AVENUE
BROOKLYN, NY 11236


BLUE ONE TOOL RENTALS


BRONX WELDING SUPPLY
94 MARINE STREET
FARMINGDALE, NY 11735


BUILDING TRADES EMPLOYERS
1430 BROADWAY
11TH FLOOR
NEW YORK, NY 10018


CAPITAL ONE
C/O STEVEN J. ROBINSON, ESQ.
44 WALL STREET, 19TH FLOOR
NEW YORK, NY 10005


CAPITAL ONE - VISA
P.O. BOX 71083
CHARLOTTE, NC 28272-1083


CATERPILLAR FINANCIAL SERVICES
2120 WEST END AVENUE
NASHVILLE, TN 37203-0001


CATERPILLAR FINANCIAL SERVICES
2120 WEST END AVENUE
NASHVILLE, TN 37203-0001


CATERPILLAR FINANCIAL SERVICES
2120 WEST END AVENUE
NASHVILLE, TN 37203-0001


CERTIFIED CARTING
123 JAMIE STREET
ISLIP TERRACE, NY 11752

CHASE PLATINUM MC
P.O. BOX 15153
WILMINGTON, DE 19886-5651


CHRISTOPHER GAROFALO
447 95TH STREET
APT 2A
BROOKLYN, NY 11209


CLNV, LLC
211 WEST 5TH STREET
P.O. BOX 183
BAYONNE, NJ 07002


COHEN HOCHMAN & ALLEN
80 MAIDEN LANE SUITE 506/507
NEW YORK, NY 10038


CONCENTRA MEDICAL CENTERS
P.O. BOX 8750
ELKRIDGE, MD 21075-8750


CONSOLIDATED EDISON CO. OF NY
4 IRVING PLACE
10TH FLOOR
NEW YORK, NY 10003


CONSTRUCTION CONSULTING ASSOC
100 CHURCH STREET SUITE 1625
SUITE 1625
NEW YORK, NY 10007


COVERAGES UNLIMITED
20 BROADHOLLOW ROAD
SUITE 1001A
MELVILLE, NY 11747


DAIMLER CHRYSLER TRUCK FINANCI
P.O. BOX 3198
DCFS USA LLC
MILWAUKEE, WI 53201


DANIEL MARGIOTTA
27 BRUNO LANE
STATEN ISLAND, NY 10307

```
DANIEL MARGIOTTA
27 BRUNO LANE
STATEN ISLAND, NY 10307


DANIEL MARGIOTTA
27 BRUNO LANE
STATEN ISLAND, NY 10307


DANIEL MARGIOTTA
27 BRUNO LANE
STATEN ISLAND, NY 10307


DANIEL MARGIOTTA
27 BRUNO LANE
STATEN ISLAND, NY 10307


DANIEL MARGIOTTA
27 BRUNO LANE
STATEN ISLAND, NY 10307


DARRELL ALVAREZ & ASSOCIATES
P.O. BOX 195
LITTLE FALLS, NJ 07424


DCM ERECTORS
77 BELFIELD ROAD
SUITE 100
ONTARIO, CANADA M9W1G6


DOMANI CONSULTING
P.O. BOX 4738
HOUSTON, TX 77210-4738


DPI PRODUCTS
930 RIVERVIEW DRIVE
TOTOWA, NJ 07512


EAGLE
66 BROADWAY BLDG F
STATEN ISLAND, NY 10310


EAGLE SCAFFOLDING
67 MILL STREET
AMITYVILLE, NY 11701
```

EAST COAST HAZMAT REMOVAL
494 EAST 41 STREET
PATERSON, NJ 07504


EDGAR CORTEZ
780 CORNWALLIS DRIVE
EASTON, PA 18040


EMC HAULING
1811 AZALEA DRIVE
NORTH BRUNSWICK, NJ 08902


ENVIRONMENTAL CONTROL BOARD
P.O. BOX 2307
NEW YORK, NY 10272


EXTERIOR WALL & BUILDING
226 EAST MERRICK ROAD
VALLEY STREAM, NY 11580


EZ PASS
P.O. BOX 15187
ALBANY, NY 12212-1587


FEDEX EXPRESS SERVICES
942 SHADY GROVE ROAD
MEMPHIS, TN 38120


FRESH MEADOW ELECTRICAL CONTRA
65-01 FRESH MEADOW LANE
FRESH MEADOWS, NY 11365


GAMS POWER TOOLS
133-135 SCHUYLEER AVENUE
KEARNY, NJ 07032


GARLOCK EAST
37-25 VERNON BLVD.
LONG ISLAND CITY, NY 11101


GC SERVICES LIMITED PARTNERS
P.O. BOX 5220
SAN ANTONIO, TX 78201

GCI ENVIRONMENTAL ADVISORY
655 THIRD AVENUE
NEW YORK, NY 10017


GMSL
20 CROSSWAYS PARK NORTH
WOODBURY, NY 11797


GRACE MOORE CONSULTANTS
575 AMITYVILLE
AMITYVILLE, NY 11701-2114


GRAINGER


GUARDIAN GATE COMPANY
19 WEST 34TH STREET
SUITE 600
NEW YORK, NY 10001


H & L ELECTRIC CO INC.
41-11 28TH STREET
LONG ISLAND CITY, NY 11101


HEAVY CONSTRUCTION INDUSTRY FU
LOCAL 731
34-11/09 25TH AVENUE
ASTORIA, NY 11106


HOME DEPOT
P.O. BOX 6029
THE LAKES, NV 88901-6029


IDC CORPORATION
11-40 BORDEN AVENUE
LONG ISLAND CITY, NY 11101


ISLAND WIDE SITE DEVELOPMENT
209 SOUTH FEHR WAY
BAY SHORE, NY 11706


IUOE - LOCAL #14
141-57 NORTHERN BLVD.
FLUSHING, NY 11354

JAM CONSULTANTS INC.
104 W. 29TH STREET
9TH FLOOR
NEW YORK, NY 10001


JAMES A. CHIRDO
237 GREEN VALLEY ROAD
STATEN ISLAND, NY 10312


JASKA HYDRAULIC SERVICES
P.O. BOX 1171
NEW YORK, NY 10028


JAVIER CARDENAS
164 ELMWOOD AVENUE
BOGOTA, NJ 07603


JEG, INC.
956 MARKET STREET
PATERSON, NJ 07513


JENNIFER MARGIOTTA
27 BRUNO LANE
STATEN ISLAND, NY 10307


KENNETH M. MURRAY, ESQ.
15 WALLAS ROAD
MIDDLETOWN, NJ 07748


LAM MEDICAL ASSOCIATES
90-14 ELMHURST AVENUE
JACKSON HEIGHTS, NY 11372


LIBERTY FENCE
66 BROADWAY
STATEN ISLAND, NY 10310


LITCHFIELD CAVO
303 WEST MADISON STREET
SUITE 300
CHICAGO, IL 60606-3300

LOCAL #78
MASON TENDERS
30 CLIFF STREET, 6TH FLOOR
NEW YORK, NY 10018


LOCAL 12A ANNUITY FUNDS
DH COOK ASSOC 253 W. 35TH ST.
NEW YORK, NY 10001


LOCAL 12A BENEFITS FUND
DH COOK ASSOC 253 W. 35TH ST.
12TH FLOOR
NEW YORK, NY 10001


LOCAL 79A
MASON TENDERS - LABORERES LOC.
520 8TH AVE. 6TH FLOOR
NEW YORK, NY 10018


LOCAL 79B
MASON TENDERS-LABORERS LOC
520 8TH AVE. 6TH FLOOR
NEW YORK, NY 10018


LONG ISLAND TRUCK PARTS
565 SUNRISE HWY
BAY SHORE, NY 11706


M & T CREDIT SERVICES, LLC
P.O. BOX 64679
BALTIMORE, MD 21264-4679


M. FINE LUMBER COMPANY
1430 BROADWAY
SUITE 1612
NEW YORK, NY 10018


MANHATTAN SURVEYING, P.C.
225 BROADWAY SUITE 2620
SUITE 2620
NEW YORK, NY 10007


MARK CINTRON SR.
420 WILDWOOD ROAD
NORTHVALE, NJ 07647

MASON TENDERS DISTRICT COUNCIL
530 8TH AVENUE
SUITE 600
NEW YORK, NY 10018-4196


METROPOLITAN SEWER, INC.
1324 HERSCHELL STREET
BRONX, NY 10461


MONTEFIORE MEDICAL CENTER
111 EAST 210TH STREET
BRONX, NY 10467-2490


MR. JOHN
P.O. BOX 130
KEASBEY, NJ 08832


MSMC EMERGENCY SERVICES ASSOC.
P.O. BOX 808
GRAND RAPIDS, MI 49518-0808


N.Y. LABORERS POLITICAL ACTION


N.Y.S. LECET
LOCAL 79
520 8TH AVENUE, 6TH FLOOR
NEW YORK, NY 10018


NACERIMA - YONKERS
P.O. BOX 183
BAYONNE, NJ 07002


NACIREMA INDUSTRIES, INC.
P.O. BOX 183
BAYONNE, NJ 07002


NACIREMA MAINTENANCE
110 EVERGREEN AVE.
NEWARK, NJ 07114


NAPCO

NATIONAL GRID
8624 DITMAS AVENUE
BLDG #40, 2ND FLOOR
BROOKLYN, NY 11236


NEW YORK CONCRETE CORP.
708 SHARROTTS ROAD
STATEN ISLAND, NY 10309


NEXTEL COMMUNICATION
P.O. BOX 17621
BALTIMORE, MD 21297-1621


NMGH/YALE FINANCIAL
P.O BOX
BAYONNE, NJ 07002-8204


NORTHEAST GAS SERVICES, INC.
27 MCDERMOTT PLACE
NEW BRUNSWICK, NJ 08901


NOVA DEVELOPMENT GROUP
189 TOWNSEND STREET
NEW BRUNSWICK, NJ 08901


NYC CITY TAX
66 JOHN STREET, 10TH FLOOR
NEW YORK, NY 10038


NYC DEPARTMENT OF FINANCE
66 JOHN STREET, 10TH FLOOR
NEW YORK, NY 10038


NYC FINANCE ADMINISTRATOR
66 JOHN STREET 10TH FLOOR
NEW YORK, NY 10038


NYS SALES TAX
BUILDING 9
W.A. HARRIMAN CAMPUS
ALBANY, NY 12227


OLIVEIRA CONTRACTING, INC.
15 ALBERSON AVENUE
ALBERTSON, NY 11507

```
ONE COMMUNICATIONS
DEPARTMENT 284
P.O. BOX 80000
HARTFORD, CT 06180-0284


OPAL CONSTRUCTIONS
209 SOUTH FEHR WAY
BAY SHORE, NY 11706


PAPP IRON WORKS, INC.
950 SOUTH SECOND STREET
PLAINFIELD, NJ 07063


PITNEY BOWES-POSTAGE ACCT.
2225 AMERICAN DRIVE
NEENAH, WI 54956


PRESTIGE CONSTRUCTION
68 SOUTH SERVICE ROAD
SUITE 100
MELVILLE, NY 11747


PSE&G - BAYONNE
P.O. BOX 14104
PROVIDENCE, RI 02906-4106


PSE&G - BAYONNE
P.O. BOX 14104
PROVIDENCE, RI 02906-4106


REACTION REPROGRAPHICS
115 SOUTH SECOND STREET
SUITE 5
BAY SHORE, NY 11706


RED HOOK CONSTRUCTION
209 SOUTH FEHR WAY
BAY SHORE, NY 11706


SALCO SUPPLIES
49-01 67TH STREET
WOODSIDE, NY 11377
```

SALVATORE CARUCCI
75 OAKNECK LANE
WEST ISLIP, NY 11795


SITE SAFETY, LLC
286 MADISON AVE.
3RD FLOOR
NEW YORK, NY 10016


SKYLINE SCAFFOLDING GROUP
712 ROUTE 1
EDISON, NJ 08817


SPRINT
KSOPHT0101-Z4300
6391 SPRINT PARKWAY
OVERLAND PARK, KS 66251-4300


STEVEN M TARSHIS, ESQ.
30 HOGBACK ROAD
PITTSTOWN, NJ 08867


THE TRAVELERS INDEMNITY CO.
4600 FULLER DRIVE
IRVING, TX 75038


TOMAHAWK CUTTING & CORING, LLC
459 BLACKHORSE LANE
NORTH BRUNSWICK, NJ 08902


TRANSPORTATION WRITERS, INC.
20 BROADHOLLOW ROAD
SUITE 1001A
MELVILLE, NY 11747


TRI-BORO HARDWARE
120 HOWARD HARD DRIVE
JERSEY CITY, NJ 07305


UNDERDOG TRUCKING
116 MOONACHIE AVENUE
MOONACHIE, NJ 07074

UNIVERSITY SPORTS PUBLICATION
570 ELMONT ROAD DEPAR 203
ELMONT, NY 11003


VERIZON
P.O. BOX 15124
ALBANY, NY 12212


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408


WILLIAM ELLIS PARTNERS, INC.
61 COUTY LINE ROAD
SOMERVILLE, NJ 08876

# United States Bankruptcy Court
## Southern District of New York

In re    **Seasons Industrial Contracting**                 Case No. _____

                                        Debtor(s)         Chapter     **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Seasons Industrial Contracting**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Daniel Margiotta**
**27 Bruno Lane**
**Staten Island, NY 10307**

☐ None [*Check if applicable*]

---

**February 14, 2011**                 **/s/ Deborah J. Piazza**

Date                              **Deborah J. Piazza**

Signature of Attorney or Litigant
Counsel for    **Seasons Industrial Contracting**
**Abrams Fensterman, et al.**
**630 Third Avenue**
**5th Floor**
**New York, NY 10017**
**212-279-9200 Fax:212-279-0600**
**dpiazza@abramslaw.com**