# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: bpeterson | Date Created: 2/15/2011 |
| Case: 11−10590−jmp | Form ID: b9b | Total: 140 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5441204   BLUE ONE TOOL RENTALS
5441248   GRAINGER
5441281   N.Y. LABORERS POLITICAL ACTION
5441286   NAPCO

                                                                                                                                               TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Seasons Industrial Contracting   27 Bruno Lane   Staten Island, NY 10307
ust   United States Trustee   33 Whitehall Street   21st Floor   New York, NY 10004
tr   Robert L. Geltzer   The Law Offices of Robert L. Geltzer   1556 Third Avenue   Suite 505   New York, NY 10128
aty   Deborah J. Piazza   Abrams Fensterman, et. al.   630 Third Avenue   5th Floor   New York, NY 10017
smg   New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300
smg   United States Attorney   One St. Andrew's Plaza   Claims Unit − Room 417   New York, NY 10007−1701
smg   N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201−0551
smg   New York City Dept. Of Finance   345 Adams Street, 3rd Floor   Attn: Legal Affairs − Devora Cohn   Brooklyn, NY 11201−3719
5441191   ADP−PAYROLL ACCT #056010   P.O. BOX 9001006   LOUISVILLE, KY 40292−1006
5441192   AGOVINO &ASSELTA, LLP   330 OLD COUNTRY ROAD   SUITE 201   MINEOLA, NY 11501
5441193   ALLY   P.O. BOX   MINNEAPOLIS, MN 55438
5441194   AMERICAN EXPRESS − GOLD   P.O. BOX 1270   NEWARK, NJ 07101−1270
5441195   AMERICAN WASTE MANAGEMENT SERV   1 AMERICAN WAY   WARREN, OH 44484−5555
5441196   AMEX − CENTURION #   P.O. BOX 2855   NEW YORK, NY 10116−2855
5441197   ARPIELLE EQUIPMENT   5−02 54TH AVENUE   LONG ISLAND CITY, NY 11101
5441198   ASG PEST CONTROL   26 RAIL ROAD AVENUE #336   BABYLON, NY 11702−2204
5441199   AVAYA FINANCIAL   P.O. BOX 93000   CHICAGO, IL 60673−0001
5441200   BANK OF AMERICA − M/C   P.O. BOX 15091   WILMINGTON, DE 19886−5721
5441201   BCA EQUIPMENT RENTAL   796 EAST 140TH STREET   BRONX, NY 10454
5441202   BCA NJ   RARITAN CENTER PLAZA II   FIELDCREST AVENUE   EDISON, NJ 08837
5441203   BENJAMIN KURZBAN &SON CONTROL   1248 RALPH AVENUE   BROOKLYN, NY 11236
5441205   BRONX WELDING SUPPLY   94 MARINE STREET   FARMINGDALE, NY 11735
5441206   BUILDING TRADES EMPLOYERS   1430 BROADWAY   11TH FLOOR   NEW YORK, NY 10018
5441207   CAPITAL ONE   C/O STEVEN J. ROBINSON, ESQ.   44 WALL STREET, 19TH FLOOR   NEW YORK, NY 10005
5441208   CAPITAL ONE − VISA   P.O. BOX 71083   CHARLOTTE, NC 28272−1083
5441209   CATERPILLAR FINANCIAL SERVICES   2120 WEST END AVENUE   NASHVILLE, TN 37203−0001
5441210   CATERPILLAR FINANCIAL SERVICES   2120 WEST END AVENUE   NASHVILLE, TN 37203−0001
5441211   CATERPILLAR FINANCIAL SERVICES   2120 WEST END AVENUE   NASHVILLE, TN 37203−0001
5441212   CERTIFIED CARTING   123 JAMIE STREET   ISLIP TERRACE, NY 11752
5441213   CHASE PLATINUM MC   P.O. BOX 15153   WILMINGTON, DE 19886−5651
5441214   CHRISTOPHER GAROFALO   447 95TH STREET   APT 2A   BROOKLYN, NY 11209
5441215   CLNV, LLC   211 WEST 5TH STREET   P.O. BOX 183   BAYONNE, NJ 07002
5441216   COHEN HOCHMAN &ALLEN   80 MAIDEN LANE SUITE 506/507   NEW YORK, NY 10038
5441217   CONCENTRA MEDICAL CENTERS   P.O. BOX 8750   ELKRIDGE, MD 21075−8750
5441218   CONSOLIDATED EDISON CO. OF NY   4 IRVING PLACE   10TH FLOOR   NEW YORK, NY 10003
5441219   CONSTRUCTION CONSULTING ASSOC   100 CHURCH STREET SUITE 1625   SUITE 1625   NEW YORK, NY 10007
5441220   COVERAGES UNLIMITED   20 BROADHOLLOW ROAD   SUITE 1001A   MELVILLE, NY 11747
5441221   DAIMLER CHRYSLER TRUCK FINANCI   P.O. BOX 3198   DCFS USA LLC   MILWAUKEE, WI 53201
5441222   DANIEL MARGIOTTA   27 BRUNO LANE   STATEN ISLAND, NY 10307
5441223   DANIEL MARGIOTTA   27 BRUNO LANE   STATEN ISLAND, NY 10307
5441224   DANIEL MARGIOTTA   27 BRUNO LANE   STATEN ISLAND, NY 10307
5441225   DANIEL MARGIOTTA   27 BRUNO LANE   STATEN ISLAND, NY 10307
5441226   DANIEL MARGIOTTA   27 BRUNO LANE   STATEN ISLAND, NY 10307
5441227   DANIEL MARGIOTTA   27 BRUNO LANE   STATEN ISLAND, NY 10307
5441228   DARRELL ALVAREZ &ASSOCIATES   P.O. BOX 195   LITTLE FALLS, NJ 07424
5441229   DCM ERECTORS   77 BELFIELD ROAD   SUITE 100   ONTARIO, CANADA M9W1G6

| | | | | |
|---|---|---|---|---|
| 5441230 | DOMANI CONSULTING | P.O. BOX 4738 | HOUSTON, TX 77210–4738 | |
| 5441231 | DPI PRODUCTS | 930 RIVERVIEW DRIVE | TOTOWA, NJ 07512 | |
| 5441232 | EAGLE | 66 BROADWAY BLDG F | STATEN ISLAND, NY 10310 | |
| 5441233 | EAGLE SCAFFOLDING | 67 MILL STREET | AMITYVILLE, NY 11701 | |
| 5441234 | EAST COAST HAZMAT REMOVAL | 494 EAST 41 STREET | PATERSON, NJ 07504 | |
| 5441235 | EDGAR CORTEZ | 780 CORNWALLIS DRIVE | EASTON, PA 18040 | |
| 5441236 | EMC HAULING | 1811 AZALEA DRIVE | NORTH BRUNSWICK, NJ 08902 | |
| 5441237 | ENVIRONMENTAL CONTROL BOARD | P.O. BOX 2307 | NEW YORK, NY 10272 | |
| 5441238 | EXTERIOR WALL &BUILDING | 226 EAST MERRICK ROAD | VALLEY STREAM, NY 11580 | |
| 5441239 | EZ PASS | P.O. BOX 15187 | ALBANY, NY 12212–1587 | |
| 5441240 | FEDEX EXPRESS SERVICES | 942 SHADY GROVE ROAD | MEMPHIS, TN 38120 | |
| 5441241 | FRESH MEADOW ELECTRICAL CONTRA | 65–01 FRESH MEADOW LANE | FRESH MEADOWS, NY 11365 | |
| 5441242 | GAMS POWER TOOLS | 133–135 SCHUYLEER AVENUE | KEARNY, NJ 07032 | |
| 5441243 | GARLOCK EAST | 37–25 VERNON BLVD. | LONG ISLAND CITY, NY 11101 | |
| 5441244 | GC SERVICES LIMITED PARTNERS | P.O. BOX 5220 | SAN ANTONIO, TX 78201 | |
| 5441245 | GCI ENVIRONMENTAL ADVISORY | 655 THIRD AVENUE | NEW YORK, NY 10017 | |
| 5441246 | GMSL | 20 CROSSWAYS PARK NORTH | WOODBURY, NY 11797 | |
| 5441247 | GRACE MOORE CONSULTANTS | 575 AMITYVILLE | AMITYVILLE, NY 11701–2114 | |
| 5441249 | GUARDIAN GATE COMPANY | 19 WEST 34TH STREET | SUITE 600 | NEW YORK, NY 10001 |
| 5441250 | H &L ELECTRIC CO INC. | 41–11 28TH STREET | LONG ISLAND CITY, NY 11101 | |
| 5441251 | HEAVY CONSTRUCTION INDUSTRY FU | LOCAL 731 | 34–11/09 25TH AVENUE | ASTORIA, NY 11106 |
| 5441252 | HOME DEPOT | P.O. BOX 6029 | THE LAKES, NV 88901–6029 | |
| 5441253 | IDC CORPORATION | 11–40 BORDEN AVENUE | LONG ISLAND CITY, NY 11101 | |
| 5441254 | ISLAND WIDE SITE DEVELOPMENT | 209 SOUTH FEHR WAY | BAY SHORE, NY 11706 | |
| 5441255 | IUOE – LOCAL #14 | 141–57 NORTHERN BLVD. | FLUSHING, NY 11354 | |
| 5441256 | JAM CONSULTANTS INC. | 104 W. 29TH STREET | 9TH FLOOR | NEW YORK, NY 10001 |
| 5441257 | JAMES A. CHIRDO | 237 GREEN VALLEY ROAD | STATEN ISLAND, NY 10312 | |
| 5441258 | JASKA HYDRAULIC SERVICES | P.O. BOX 1171 | NEW YORK, NY 10028 | |
| 5441259 | JAVIER CARDENAS | 164 ELMWOOD AVENUE | BOGOTA, NJ 07603 | |
| 5441260 | JEG, INC. | 956 MARKET STREET | PATERSON, NJ 07513 | |
| 5441261 | JENNIFER MARGIOTTA | 27 BRUNO LANE | STATEN ISLAND, NY 10307 | |
| 5441262 | KENNETH M. MURRAY, ESQ. | 15 WALLAS ROAD | MIDDLETOWN, NJ 07748 | |
| 5441263 | LAM MEDICAL ASSOCIATES | 90–14 ELMHURST AVENUE | JACKSON HEIGHTS, NY 11372 | |
| 5441264 | LIBERTY FENCE | 66 BROADWAY | STATEN ISLAND, NY 10310 | |
| 5441265 | LITCHFIELD CAVO | 303 WEST MADISON STREET | SUITE 300 | CHICAGO, IL 60606–3300 |
| 5441266 | LOCAL #78 | MASON TENDERS | 30 CLIFF STREET, 6TH FLOOR | NEW YORK, NY 10018 |
| 5441267 | LOCAL 12A ANNUITY FUNDS | DH COOK ASSOC 253 W. 35TH ST. | NEW YORK, NY 10001 | |
| 5441268 | LOCAL 12A BENEFITS FUND | DH COOK ASSOC 253 W. 35TH ST. | 12TH FLOOR | NEW YORK, NY 10001 |
| 5441269 | LOCAL 79A | MASON TENDERS – LABORERES LOC. | 520 8TH AVE. 6TH FLOOR | NEW YORK, NY 10018 |
| 5441270 | LOCAL 79B | MASON TENDERS–LABORERS LOC | 520 8TH AVE. 6TH FLOOR | NEW YORK, NY 10018 |
| 5441271 | LONG ISLAND TRUCK PARTS | 565 SUNRISE HWY | BAY SHORE, NY 11706 | |
| 5441272 | M &T CREDIT SERVICES, LLC | P.O. BOX 64679 | BALTIMORE, MD 21264–4679 | |
| 5441273 | M. FINE LUMBER COMPANY | 1430 BROADWAY | SUITE 1612 | NEW YORK, NY 10018 |
| 5441274 | MANHATTAN SURVEYING, P.C. | 225 BROADWAY SUITE 2620 | SUITE 2620 | NEW YORK, NY 10007 |
| 5441275 | MARK CINTRON SR. | 420 WILDWOOD ROAD | NORTHVALE, NJ 07647 | |
| 5441276 | MASON TENDERS DISTRICT COUNCIL | 530 8TH AVENUE | SUITE 600 | NEW YORK, NY 10018–4196 |
| 5441277 | METROPOLITAN SEWER, INC. | 1324 HERSCHELL STREET | BRONX, NY 10461 | |
| 5441278 | MONTEFIORE MEDICAL CENTER | 111 EAST 210TH STREET | BRONX, NY 10467–2490 | |
| 5441279 | MR. JOHN | P.O. BOX 130 | KEASBEY, NJ 08832 | |
| 5441280 | MSMC EMERGENCY SERVICES ASSOC. | P.O. BOX 808 | GRAND RAPIDS, MI 49518–0808 | |
| 5441282 | N.Y.S. LECET | LOCAL 79 | 520 8TH AVENUE, 6TH FLOOR | NEW YORK, NY 10018 |
| 5441283 | NACERIMA – YONKERS | P.O. BOX 183 | BAYONNE, NJ 07002 | |
| 5441284 | NACIREMA INDUSTRIES, INC. | P.O. BOX 183 | BAYONNE, NJ 07002 | |
| 5441285 | NACIREMA MAINTENANCE | 110 EVERGREEN AVE. | NEWARK, NJ 07114 | |
| 5441287 | NATIONAL GRID | 8624 DITMAS AVENUE | BLDG #40, 2ND FLOOR | BROOKLYN, NY 11236 |
| 5441288 | NEW YORK CONCRETE CORP. | 708 SHARROTTS ROAD | STATEN ISLAND, NY 10309 | |
| 5441289 | NEXTEL COMMUNICATION | P.O. BOX 17621 | BALTIMORE, MD 21297–1621 | |
| 5441290 | NMGH/YALE FINANCIAL | P.O BOX | BAYONNE, NJ 07002–8204 | |
| 5441291 | NORTHEAST GAS SERVICES, INC. | 27 MCDERMOTT PLACE | NEW BRUNSWICK, NJ 08901 | |
| 5441292 | NOVA DEVELOPMENT GROUP | 189 TOWNSEND STREET | NEW BRUNSWICK, NJ 08901 | |
| 5441293 | NYC CITY TAX | 66 JOHN STREET, 10TH FLOOR | NEW YORK, NY 10038 | |
| 5441294 | NYC DEPARTMENT OF FINANCE | 66 JOHN STREET, 10TH FLOOR | NEW YORK, NY 10038 | |
| 5441295 | NYC FINANCE ADMINISTRATOR | 66 JOHN STREET 10TH FLOOR | NEW YORK, NY 10038 | |
| 5441296 | NYS SALES TAX | BUILDING 9 | W.A. HARRIMAN CAMPUS | ALBANY, NY 12227 |
| 5441297 | OLIVEIRA CONTRACTING, INC. | 15 ALBERSON AVENUE | ALBERTSON, NY 11507 | |
| 5441298 | ONE COMMUNICATIONS | DEPARTMENT 284 | P.O. BOX 80000 | HARTFORD, CT 06180–0284 |

| | | | | |
|---|---|---|---|---|
| 5441299 | OPAL CONSTRUCTIONS | 209 SOUTH FEHR WAY | BAY SHORE, NY 11706 | |
| 5441300 | PAPP IRON WORKS, INC. | 950 SOUTH SECOND STREET | PLAINFIELD, NJ 07063 | |
| 5441301 | PITNEY BOWES–POSTAGE ACCT. | 2225 AMERICAN DRIVE | NEENAH, WI 54956 | |
| 5441302 | PRESTIGE CONSTRUCTION | 68 SOUTH SERVICE ROAD | SUITE 100 | MELVILLE, NY 11747 |
| 5441303 | PSEG– BAYONNE | P.O. BOX 14104 | PROVIDENCE, RI 02906–4106 | |
| 5441304 | PSEG– BAYONNE | P.O. BOX 14104 | PROVIDENCE, RI 02906–4106 | |
| 5441305 | REACTION REPROGRAPHICS | 115 SOUTH SECOND STREET | SUITE 5 | BAY SHORE, NY 11706 |
| 5441306 | RED HOOK CONSTRUCTION | 209 SOUTH FEHR WAY | BAY SHORE, NY 11706 | |
| 5441307 | SALCO SUPPLIES | 49–01 67TH STREET | WOODSIDE, NY 11377 | |
| 5441308 | SALVATORE CARUCCI | 75 OAKNECK LANE | WEST ISLIP, NY 11795 | |
| 5441309 | SITE SAFETY, LLC | 286 MADISON AVE. | 3RD FLOOR | NEW YORK, NY 10016 |
| 5441310 | SKYLINE SCAFFOLDING GROUP | 712 ROUTE 1 | EDISON, NJ 08817 | |
| 5441311 | SPRINT KSOPHT0101–Z4300 | 6391 SPRINT PARKWAY | OVERLAND PARK, KS 66251–4300 | |
| 5441312 | STEVEN M TARSHIS, ESQ. | 30 HOGBACK ROAD | PITTSTOWN, NJ 08867 | |
| 5441313 | THE TRAVELERS INDEMNITY CO. | 4600 FULLER DRIVE | IRVING, TX 75038 | |
| 5441314 | TOMAHAWK CUTTING &CORING, LLC | 459 BLACKHORSE LANE | NORTH BRUNSWICK, NJ 08902 | |
| 5441315 | TRANSPORTATION WRITERS, INC. | 20 BROADHOLLOW ROAD | SUITE 1001A | MELVILLE, NY 11747 |
| 5441316 | TRI–BORO HARDWARE | 120 HOWARD HARD DRIVE | JERSEY CITY, NJ 07305 | |
| 5441317 | UNDERDOG TRUCKING | 116 MOONACHIE AVENUE | MOONACHIE, NJ 07074 | |
| 5441318 | UNIVERSITY SPORTS PUBLICATION | 570 ELMONT ROAD DEPAR 203 | ELMONT, NY 11003 | |
| 5441319 | VERIZON | P.O. BOX 15124 | ALBANY, NY 12212 | |
| 5441320 | VERIZON WIRELESS | P.O. BOX 408 | NEWARK, NJ 07101–0408 | |
| 5441321 | VERIZON WIRELESS | P.O. BOX 408 | NEWARK, NJ 07101–0408 | |
| 5441322 | WILLIAM ELLIS PARTNERS, INC. | 61 COUTY LINE ROAD | SOMERVILLE, NJ 08876 | |

TOTAL: 136