# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on February 14, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE: The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Seasons Industrial Contracting
27 Bruno Lane
Staten Island, NY 10307

| | |
|---|---|
| Case Number:<br>11–10590–jmp | Taxpayer ID/Employer ID/Other Nos.:<br>22–3655302 |
| Attorney for Debtor(s) (name and address):<br>Deborah J. Piazza<br>Abrams Fensterman, et. al.<br>630 Third Avenue<br>5th Floor<br>New York, NY 10017<br>Telephone number: (212) 279–9200 | Bankruptcy Trustee (name and address):<br>Robert L. Geltzer<br>The Law Offices of Robert L. Geltzer<br>1556 Third Avenue<br>Suite 505<br>New York, NY 10128<br>Telephone number: (212) 410–0100 |

## Meeting of Creditors

Date: **March 15, 2011**                    Time: **10:30 AM**

Location: **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004–1408**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004–1408<br>Telephone number: 212–668–2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: February 15, 2011 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## —— Refer to Other Side for Important Deadlines and Notices ——

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Feb 17, 2011.
```
db          +Seasons Industrial Contracting,    27 Bruno Lane,    Staten Island, NY 10307-2227
tr          +Robert L. Geltzer,    The Law Offices of Robert L. Geltzer,    1556 Third Avenue,    Suite 505,
              New York, NY 10128-3100
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg          New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY 12205-0300
smg          United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
              New York, NY 10007-1701
ust         +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5441191      ADP-PAYROLL ACCT #056010,    P.O. BOX 9001006,    LOUISVILLE, KY 40292-1006
5441192     +AGOVINO & ASSELTA, LLP,    330 OLD COUNTRY ROAD,    SUITE 201,    MINEOLA, NY 11501-4143
5441193      ALLY,    P.O. BOX,    MINNEAPOLIS, MN 55438
5441195     +AMERICAN WASTE MANAGEMENT SERV.,    1 AMERICAN WAY,    WARREN, OH 44484-5555
5441196     +AMEX - CENTURION H,    P.O. BOX 2855,    NEW YORK, NY 10116-2855
5441197     +ARPIELLE EQUIPMENT,    5-02 54TH AVENUE,    LONG ISLAND CITY, NY 11101-5925
5441198      ASG PEST CONTROL,    26 RAIL ROAD AVENUE #336,    BABYLON, NY 11702-2204
5441199     +AVAYA FINANCIAL,    P.O. BOX 93000,    CHICAGO, IL 60673-0001
5441201     +BCA EQUIPMENT RENTAL,    796 EAST 140TH STREET,    BRONX, NY 10454-1915
5441202      BCA NJ,    RARITAN CENTER PLAZA II,    FIELDCREST AVENUE,    EDISON, NJ 08837
5441203     +BENJAMIN KURZBAN & SON CONTROL,    1248 RALPH AVENUE,    BROOKLYN, NY 11236-1414
5441205     +BRONX WELDING SUPPLY,    94 MARINE STREET,    FARMINGDALE, NY 11735-5605
5441206     +BUILDING TRADES EMPLOYERS,    1430 BROADWAY,    11TH FLOOR,    NEW YORK, NY 10018-3308
5441207     +CAPITAL ONE,    C/O STEVEN J. ROBINSON, ESQ.,    44 WALL STREET, 19TH FLOOR,
              NEW YORK, NY 10005-2407
5441209     +CATERPILLAR FINANCIAL SERVICES,    2120 WEST END AVENUE,    NASHVILLE, TN 37203-5341
5441212     +CERTIFIED CARTING,    123 JAMIE STREET,    ISLIP TERRACE, NY 11752-1118
5441214     +CHRISTOPHER GAROFALO,    447 95TH STREET,    APT 2A,    BROOKLYN, NY 11209-7463
5441215     +CLNV, LLC,    211 WEST 5TH STREET,    P.O. BOX 183,    BAYONNE, NJ 07002-0183
5441216     +COHEN HOCHMAN & ALLEN,    80 MAIDEN LANE SUITE 506/507,    NEW YORK, NY 10038-4811
5441217      CONCENTRA MEDICAL CENTERS,    P.O. BOX 8750,    ELKRIDGE, MD 21075-8750
5441218     +CONSOLIDATED EDISON CO. OF NY,    4 IRVING PLACE,    10TH FLOOR,    NEW YORK, NY 10003-3502
5441219     +CONSTRUCTION CONSULTING ASSOC,    100 CHURCH STREET SUITE 1625,    SUITE 1625,
              NEW YORK, NY 10007-2631
5441220     +COVERAGES UNLIMITED,    20 BROADHOLLOW ROAD,    SUITE 1001A,    MELVILLE, NY 11747-2526
5441221     +DANIEL MARGIOTTA,    27 BRUNO LANE,    STATEN ISLAND, NY 10307-2227
5441228     +DARRELL ALVAREZ & ASSOCIATES,    P.O. BOX 195,    LITTLE FALLS, NJ 07424-0195
5441229      DCM ERECTORS,    77 BELFIELD ROAD,    SUITE 100,    ONTARIO, CANADA M9W1G6
5441230      DOMANI CONSULTING,    P.O. BOX 4738,    HOUSTON, TX 77210-4738
5441231     +DPI PRODUCTS,    930 RIVERVIEW DRIVE,    TOTOWA, NJ 07512-1157
5441232     +EAGLE,    66 BROADWAY BLDG F,    STATEN ISLAND, NY 10310-1351
5441233     +EAGLE SCAFFOLDING,    67 MILL STREET,    AMITYVILLE, NY 11701-2819
5441234     +EAST COAST HAZMAT REMOVAL,    494 EAST 41 STREET,    PATERSON, NJ 07504-1210
5441235     +EDGAR CORTEZ,    780 CORNWALLIS DRIVE,    EASTON, PA 18040-8025
5441237     +ENVIRONMENTAL CONTROL BOARD,    P.O. BOX 2307,    NEW YORK, NY 10272-2307
5441238     +EXTERIOR WALL & BUILDING,    226 EAST MERRICK ROAD,    VALLEY STREAM, NY 11580-6029
5441239     +EZ PASS,    P.O. BOX 15187,    ALBANY, NY 12212-5187
5441240     +FEDEX EXPRESS SERVICES,    942 SHADY GROVE ROAD,    MEMPHIS, TN 38120-4117
5441241     +FRESH MEADOW ELECTRICAL CONTRA,    65-01 FRESH MEADOW LANE,    FRESH MEADOWS, NY 11365-2011
5441242     +GAMS POWER TOOLS,    133-135 SCHUYLEER AVENUE,    KEARNY, NJ 07032-3926
5441243     +GARLOCK EAST,    37-25 VERNON BLVD.,    LONG ISLAND CITY, NY 11101-6022
5441244     +GC SERVICES LIMITED PARTNERS,    P.O. BOX 5220,    SAN ANTONIO, TX 78201-0220
5441245     +GCI ENVIRONMENTAL ADVISORY,    655 THIRD AVENUE,    NEW YORK, NY 10017-5617
5441246     +GMSL,    20 CROSSWAYS PARK NORTH,    WOODBURY, NY 11797-2007
5441247      GRACE MOORE CONSULTANTS,    575 AMITYVILLE,    AMITYVILLE, NY 11701-2114
5441249     +GUARDIAN GATE COMPANY,    19 WEST 34TH STREET,    SUITE 600,    NEW YORK, NY 10001-0055
5441250     +H & L ELECTRIC CO INC.,    41-11 28TH STREET,    LONG ISLAND CITY, NY 11101-3732
5441251      HEAVY CONSTRUCTION INDUSTRY FU,    LOCAL 731,    34-11/09 25TH AVENUE,    ASTORIA, NY 11106
5441252      HOME DEPOT,    P.O. BOX 6029,    THE LAKES, NV 88901-6029
5441253     +IDC CORPORATION,    11-40 BORDEN AVENUE,    LONG ISLAND CITY, NY 11101-5807
5441254     +ISLAND WIDE SITE DEVELOPMENT,    209 SOUTH FEHR WAY,    BAY SHORE, NY 11706-1207
5441255     +IUOE - LOCAL #14,    141-57 NORTHERN BLVD.,    FLUSHING, NY 11354-4238
5441256     +JAM CONSULTANTS INC.,    104 W. 29TH STREET,    9TH FLOOR,    NEW YORK, NY 10001-5310
5441257     +JAMES A. CHIRDO,    237 GREEN VALLEY ROAD,    STATEN ISLAND, NY 10312-1828
5441258     +JASKA HYDRAULIC SERVICES,    P.O. BOX 1171,    NEW YORK, NY 10028-0008
5441259     +JAVIER CARDENAS,    164 ELMWOOD AVENUE,    BOGOTA, NJ 07603-1612
5441260     +JEG, INC.,    956 MARKET STREET,    PATERSON, NJ 07513-1131
5441261     +JENNIFER MARGIOTTA,    27 BRUNO LANE,    STATEN ISLAND, NY 10307-2227
5441262     +KENNETH M. MURRAY, ESQ.,    15 WALLAS ROAD,    MIDDLETOWN, NJ 07748-2926
5441263     +LAM MEDICAL ASSOCIATES,    90-14 ELMHURST AVENUE,    JACKSON HEIGHTS, NY 11372-7936
5441264     +LIBERTY FENCE,    66 BROADWAY,    STATEN ISLAND, NY 10310-1351
5441265      LITCHFIELD CAVO,    303 WEST MADISON STREET,    SUITE 300,    CHICAGO, IL 60606-3300
5441266     +LOCAL #78,    MASON TENDERS,    30 CLIFF STREET, 6TH FLOOR,    NEW YORK, NY 10038-2894
5441267     +LOCAL 12A ANNUITY FUNDS,    DH COOK ASSOC 253 W. 35TH ST.,    NEW YORK, NY 10001-1907
5441268      LOCAL 12A BENEFITS FUND,    DH COOK ASSOC 253 W. 35TH ST.,    12TH FLOOR,    NEW YORK, NY 10001
5441269     +LOCAL 79A,    MASON TENDERS - LABORERES LOC.,    520 8TH AVE. 6TH FLOOR,    NEW YORK, NY 10018-6507
5441270     +LOCAL 79B,    MASON TENDERS-LABORERS LOC,    520 8TH AVE. 6TH FLOOR,    NEW YORK, NY 10018-6507
5441271      LONG ISLAND TRUCK PARTS,    565 SUNRISE HWY,    BAY SHORE, NY 11706
5441272      M & T CREDIT SERVICES, LLC,    P.O. BOX 64679,    BALTIMORE, MD 21264-4679
5441273     +M. FINE LUMBER COMPANY,    1430 BROADWAY,    SUITE 1612,    NEW YORK, NY 10018-3357
5441274     +MANHATTAN SURVEYING, P.C.,    225 BROADWAY SUITE 2620,    SUITE 2620,    NEW YORK, NY 10007-3095
5441275     +MARK CINTRON SR.,    420 WILDWOOD ROAD,    NORTHVALE, NJ 07647-1215
```

```
5441276   +MASON TENDERS DISTRICT COUNCIL,   530 8TH AVENUE,    SUITE 600,   NEW YORK, NY 10018
5441277   +METROPOLITAN SEWER, INC.,   1324 HERSCHELL STREET,   BRONX, NY 10461-3623
5441278    MONTEFIORE MEDICAL CENTER,   111 EAST 210TH STREET,   BRONX, NY 10467-2490
5441279   +MR. JOHN,   P.O. BOX 130,   KEASBEY, NJ 08832-0130
5441280    MSMC EMERGENCY SERVICES ASSOC.,   P.O. BOX 808,   GRAND RAPIDS, MI 49518-0808
5441282   +N.Y.S. LECET,   LOCAL 79,   520 8TH AVENUE, 6TH FLOOR,   NEW YORK, NY 10018-6507
5441283   +NACERIMA - YONKERS,   P.O. BOX 183,   BAYONNE, NJ 07002-0183
5441284   +NACIREMA INDUSTRIES, INC.,   P.O. BOX 183,   BAYONNE, NJ 07002-0183
5441285   +NACIREMA MAINTENANCE,   110 EVERGREEN AVE.,   NEWARK, NJ 07114-1125
5441287   +NATIONAL GRID,   8624 DITMAS AVENUE,   BLDG #40, 2ND FLOOR,   BROOKLYN, NY 11236-1502
5441288   +NEW YORK CONCRETE CORP.,   708 SHARROTTS ROAD,   STATEN ISLAND, NY 10309-1122
5441290    NMGH/YALE FINANCIAL,   P.O BOX,   BAYONNE, NJ 07002-8204
5441291    NORTHEAST GAS SERVICES, INC.,   27 MCDERMOTT PLACE,   NEW BRUNSWICK, NJ 08901
5441292   +NOVA DEVELOPMENT GROUP,   189 TOWNSEND STREET,   NEW BRUNSWICK, NJ 08901-2656
5441293   +NYC CITY TAX,   66 JOHN STREET, 10TH FLOOR,   NEW YORK, NY 10038-3772
5441294   +NYC DEPARTMENT OF FINANCE,   66 JOHN STREET, 10TH FLOOR,   NEW YORK, NY 10038-3772
5441295   +NYC FINANCE ADMINISTRATOR,   66 JOHN STREET 10TH FLOOR,   NEW YORK, NY 10038-3772
5441296   +NYS SALES TAX,   BUILDING 9,   W.A. HARRIMAN CAMPUS,   ALBANY, NY 12227-0001
5441297   +OLIVEIRA CONTRACTING, INC.,   15 ALBERSON AVENUE,   ALBERTSON, NY 11507-1427
5441298    ONE COMMUNICATIONS,   DEPARTMENT 284,   P.O. BOX 80000,   HARTFORD, CT 06180-0284
5441299   +OPAL CONSTRUCTIONS,   209 SOUTH FEHR WAY,   BAY SHORE, NY 11706-1207
5441300   +PAPP IRON WORKS, INC.,   950 SOUTH SECOND STREET,   PLAINFIELD, NJ 07063-1302
5441301   +PITNEY BOWES-POSTAGE ACCT.,   2225 AMERICAN DRIVE,   NEENAH, WI 54956-1005
5441302   +PRESTIGE CONSTRUCTION,   68 SOUTH SERVICE ROAD,   SUITE 100,   MELVILLE, NY 11747-2350
5441303    PSE&G - BAYONNE,   P.O. BOX 14104,   PROVIDENCE, RI 02906-4106
5441305   +REACTION REPROGRAPHICS,   115 SOUTH SECOND STREET,   SUITE 5,   BAY SHORE, NY 11706-1045
5441306   +RED HOOK CONSTRUCTION,   209 SOUTH FEHR WAY,   BAY SHORE, NY 11706-1207
5441307   +SALCO SUPPLIES,   49-01 67TH STREET,   WOODSIDE, NY 11377-5917
5441308   +SALVATORE CARUCCI,   75 OAKNECK LANE,   WEST ISLIP, NY 11795-5117
5441309   +SITE SAFETY, LLC,   286 MADISON AVE.,   3RD FLOOR,   NEW YORK, NY 10017-6345
5441310   +SKYLINE SCAFFOLDING GROUP,   712 ROUTE 1,   EDISON, NJ 08817-4569
5441312   +STEVEN M TARSHIS, ESQ.,   30 HOGBACK ROAD,   PITTSTOWN, NJ 08867-4036
5441313   +THE TRAVELERS INDEMNITY CO.,   4600 FULLER DRIVE,   IRVING, TX 75038-6551
5441314   +TOMAHAWK CUTTING & CORING, LLC,   459 BLACKHORSE LANE,   NORTH BRUNSWICK, NJ 08902-3484
5441315   +TRANSPORTATION WRITERS, INC.,   20 BROADHOLLOW ROAD,   SUITE 1001A,   MELVILLE, NY 11747-2526
5441316    TRI-BORO HARDWARE,   120 HOWARD HARD DRIVE,   JERSEY CITY, NJ 07305
5441317   +UNDERDOG TRUCKING,   116 MOONACHIE AVENUE,   MOONACHIE, NJ 07074-1802
5441318   +UNIVERSITY SPORTS PUBLICATION,   570 ELMONT ROAD DEPAR 203,   ELMONT, NY 11003-3535
5441320    VERIZON WIRELESS,   P.O. BOX 408,   NEWARK, NJ 07101-0408
5441322   +WILLIAM ELLIS PARTNERS, INC.,   61 COUNTY LINE ROAD,   SOMERVILLE, NJ 08876-3400

The following entities were noticed by electronic transmission on Feb 15, 2011.
aty       +EDI: QDJPIAZZA.COM Feb 15 2011 16:18:00   Deborah J. Piazza,   Abrams Fensterman, et. al.,
           630 Third Avenue,   5th Floor,   New York, NY 10017-6705
5441194    EDI: AMEREXPR.COM Feb 15 2011 16:18:00   AMERICAN EXPRESS - GOLD,   P.O. BOX 1270,
           NEWARK, NJ 07101-1270
5441200    EDI: BANKAMER.COM Feb 15 2011 16:18:00   BANK OF AMERICA - M/C,   P.O. BOX 15091,
           WILMINGTON, DE 19886-5721
5441208    EDI: CAPITALONE.COM Feb 15 2011 16:18:00   CAPITAL ONE - VISA,   P.O. BOX 71083,
           CHARLOTTE, NC 28272-1083
5441213    EDI: CHASE.COM Feb 15 2011 16:18:00   CHASE PLATINUM MC,   P.O. BOX 15153,
           WILMINGTON, DE 19886-5651
5441221   +EDI: DAIMLER.COM Feb 15 2011 16:18:00   DAIMLER CHRYSLER TRUCK FINANCI,   P.O. BOX 3198,
           DCFS USA LLC,   MILWAUKEE, WI 53201-3198
5441289    EDI: NEXTEL.COM Feb 15 2011 16:18:00   NEXTEL COMMUNICATION,   P.O. BOX 17621,
           BALTIMORE, MD 21297-1621
5441311    EDI: NEXTEL.COM Feb 15 2011 16:18:00   SPRINT,   KSOPHT0101-Z4300,   6391 SPRINT PARKWAY,
           OVERLAND PARK, KS 66251-4300
5441319   +EDI: AFNIVZCOMBINED.COM Feb 15 2011 16:18:00   VERIZON,   P.O. BOX 15124,
           ALBANY, NY 12212-5124
                                                                                   TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5441204    BLUE ONE TOOL RENTALS
5441248    GRAINGER
5441281    N.Y. LABORERS POLITICAL ACTION
5441286    NAPCO
5441210*  +CATERPILLAR FINANCIAL SERVICES,   2120 WEST END AVENUE,   NASHVILLE, TN 37203-5341
5441211*  +CATERPILLAR FINANCIAL SERVICES,   2120 WEST END AVENUE,   NASHVILLE, TN 37203-5341
5441223*  +DANIEL MARGIOTTA,   27 BRUNO LANE,   STATEN ISLAND, NY 10307-2227
5441224*  +DANIEL MARGIOTTA,   27 BRUNO LANE,   STATEN ISLAND, NY 10307-2227
5441225*  +DANIEL MARGIOTTA,   27 BRUNO LANE,   STATEN ISLAND, NY 10307-2227
5441226*  +DANIEL MARGIOTTA,   27 BRUNO LANE,   STATEN ISLAND, NY 10307-2227
5441227*  +DANIEL MARGIOTTA,   27 BRUNO LANE,   STATEN ISLAND, NY 10307-2227
5441304*   PSE&G - BAYONNE,   P.O. BOX 14104,   PROVIDENCE, RI 02906-4106
5441321*   VERIZON WIRELESS,   P.O. BOX 408,   NEWARK, NJ 07101-0408
5441236    ##+EMC HAULING,   1811 AZALEA DRIVE,   NORTH BRUNSWICK, NJ 08902-5534
                                                                   TOTALS: 4, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2011**                    **Signature:**