In re __Seasons Industrial Contracting__      Case No. __11-10590__

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **x80.62** | | N A | | | | | | |
| **ADP-Payroll Acct #056010 P.O. Box 9001006 Louisville, KY 40292-1006** | | | | | | | | 980.62 |
| ACCOUNT NO. | | N A | | | | | | |
| **Agovino & Asselta, LLP 330 Old Country Road Suite 201 Mineola, NY 11501** | | | | | | | | 33,682.90 |
| ACCOUNT NO. | | N A | | | | | | |
| **Alonso Costa 1906 3rd Avenue Apartment 3S New York, NY 10029** | | | | | | | | 112.04 |

Sheet 1 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -411001 <br><br> **American Express - Gold** <br> **P.O. Box 1270** <br> **Newark, NJ 07101-1270** | | N A | | | | | 13,701.68 |
| ACCOUNT NO. <br><br> **American Waste Management Serv** <br> **1 American Way** <br> **Warren, OH 44484-5555** | | N A | | | | | 1,266.87 |
| ACCOUNT NO. #0-81008 <br><br> **AMEX - Centurion #** <br> **P.O. Box 2855** <br> **New York, NY 10116-2855** | | N A | | | | | 41,261.42 |
| ACCOUNT NO. <br><br> **Arpielle Equipment** <br> **5-02 54th Avenue** <br> **Long Island City, NY 11101** | | N A | | | | | 2,607.00 |
| ACCOUNT NO. <br><br> **ASG Pest Control** <br> **26 Rail Road avenue #336** <br> **Babylon, NY 11702-2204** | | N A | | | | | 1,469.81 |
| ACCOUNT NO. <br><br> **Avaya Financial** <br> **P.O. Box 93000** <br> **Chicago, IL 60673-0001** | | N A | | | | | 2,166.12 |

Sheet 2 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **xxxx-xxxx-xxxx-7990**<br><br>**Bank of America - M/C**<br>**P.O. Box 15091**<br>**Wilmington, DE 19886-5721** | | N A | | | | | | 35,368.64 |
| ACCOUNT NO.<br><br>**BCA Equipment Rental**<br>**796 East 140th Street**<br>**Bronx, NY 10454** | | N A | | | | | | 11,642.50 |
| ACCOUNT NO.<br><br>**BCA NJ**<br>**Raritan Center Plaza II**<br>**Fieldcrest Avenue**<br>**Edison, NJ 08837** | | N A | | | | | | 900.00 |
| ACCOUNT NO.<br><br>**Benjamin Kurzban & Son Control**<br>**1248 Ralph Avenue**<br>**Brooklyn, NY 11236** | | N A | | | | | | 8,256.80 |
| ACCOUNT NO.<br><br>**Blue One Tool Rentals** | | N A | | | | | | 4,351.84 |
| ACCOUNT NO.<br><br>**Bronx Welding Supply**<br>**94 Marine Street**<br>**Farmingdale, NY 11735** | | N A | | | | | | 1,199.16 |

*Sheet* 3 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Building Trades Employers<br>1430 Broadway<br>11th Floor<br>New York, NY 10018 | | N A | | X | X | X | 500.00 |
| ACCOUNT NO. xxxx-xxxx-xxxx-6961<br><br>Capital One - Visa<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | | N A | | | | | 6,953.93 |
| ACCOUNT NO.<br><br>Certified Carting<br>123 Jamie Street<br>Islip Terrace, NY 11752 | | N A | | | | | 31,858.99 |
| ACCOUNT NO. xxxx-xxxx-xxxx-6421<br><br>Chase Platinum MC<br>P.O. Box 15153<br>Wilmington, DE 19886-5651 | | N A | | | | | 9,768.18 |
| ACCOUNT NO.<br><br>Christopher Garofalo<br>447 95th Street<br>Apt 2A<br>Brooklyn, NY 11209 | | N A | | | | | 20,269.19 |
| ACCOUNT NO.<br><br>CLNV, LLC<br>211 WEst 5th Street<br>P.O. Box 183<br>Bayonne, NJ 07002 | | N A | | | | | 18,443.75 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO. <br><br> Cohen Hochman & Allen <br> 80 Maiden Lane Suite 506/507 <br> New York, NY 10038 | | N A | | | | | | 1,925.00 |
| ACCOUNT NO. <br><br> Concentra Medical Centers <br> P.O. Box 8750 <br> Elkridge, MD 21075-8750 | | N A | | | | | | 2,469.18 |
| ACCOUNT NO. <br><br> Consolidated Edison Co. of NY <br> 4 Irving Place <br> 10th Floor <br> New York, NY 10003 | | N A | | | | | | 12,301.71 |
| ACCOUNT NO. <br><br> Construction Consulting Assoc <br> 100 Church Street Suite 1625 <br> Suite 1625 <br> New York, NY 10007 | | N A | | | | | | 730.23 |
| ACCOUNT NO. <br><br> Coverages Unlimited <br> 20 broadhollow Road <br> Suite 1001A <br> Melville, NY 11747 | | N A | | | | | | 8,400.00 |
| ACCOUNT NO. <br><br> Daniel Margiotta <br> 27 Bruno Lane <br> Staten Island, NY 10307 | | N A | | | | | | 5,591.33 |

Sheet  5 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Darrell Alvarez & Associates <br> P.O. Box 195 <br> Little Falls, NJ 07424 | | N A | | | | | 12,000.00 |
| ACCOUNT NO. <br><br> DCM Erectors <br> 77 Belfield Road <br> Suite 100 <br> Ontario, Canada M9W1G6 | | N A | | | | | 48,319.02 |
| ACCOUNT NO. <br><br> Domani Consulting <br> P.O. Box 4738 <br> Houston, TX 77210-4738 | | N A | | | | | 4,705.00 |
| ACCOUNT NO. <br><br> DPI Products <br> 930 Riverview Drive <br> Totowa, NJ 07512 | | N A | | | | | 1,419.48 |
| ACCOUNT NO. <br><br> Eagle <br> 66 Broadway Bldg F <br> Staten Island, NY 10310 | | N A | | | | | 2,200.00 |
| ACCOUNT NO. <br><br> Eagle Scaffolding <br> 67 Mill Street <br> Amityville, NY 11701 | | N A | | | | | 15,025.92 |

Sheet  6 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| East Coast Hazmat Removal 494 East 41 Street Paterson, NJ 07504 | | N A | | | | | 47,935.00 |
| ACCOUNT NO. | | | | | | | |
| Edgar Cortez 780 Cornwallis Drive Easton, PA 18040 | | N A | | | | | 127,504.97 |
| ACCOUNT NO. | | | | | | | |
| EMC Hauling 1811 Azalea Drive North Brunswick, NJ 08902 | | N A | | | | | 10,050.00 |
| ACCOUNT NO. | | | | | | | |
| Environmental Control Board P.O. Box 2307 New York, NY 10272 | | N A | | | | | 1,200.00 |
| ACCOUNT NO. | | | | | | | |
| Exterior Wall & Building 226 East Merrick Road Valley Stream, NY 11580 | | N A | | | | | 8,000.00 |
| ACCOUNT NO. | | | | | | | |
| EZ Pass P.O. Box 15187 Albany, NY 12212-1587 | | N A | | | | | 529.65 |

Sheet  7 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **FedEx Express Services** <br> **942 Shady Grove Road** <br> **Memphis, TN 38120** | | N A | | | | | 1,249.77 |
| ACCOUNT NO. <br><br> **Franklin Lopez** <br> **P.O. Box 770572** <br> **Woodside, NY 11377** | | N A | | | | | 2,234.25 |
| ACCOUNT NO. <br><br> **Fresh Meadow Electrical Contra** <br> **65-01 Fresh Meadow Lane** <br> **Fresh Meadows, NY 11365** | | N A | | | | | 10,000.00 |
| ACCOUNT NO. <br><br> **Gams Power Tools** <br> **133-135 Schuyleer Avenue** <br> **Kearny, NJ 07032** | | N A | | | | | 8,309.20 |
| ACCOUNT NO. <br><br> **Garlock East** <br> **37-25 Vernon Blvd.** <br> **Long Island City, NY 11101** | | N A | | | | | 2,346.82 |
| ACCOUNT NO. <br><br> **GC Services Limited Partners** <br> **P.O. Box 5220** <br> **San Antonio, TX 78201** | | N A | | | | | 6,542.86 |

Sheet  8 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GCI Environmental Advisory<br>655 Third Avenue<br>New York, NY 10017 | | N A | | | | | | 4,540.00 |
| ACCOUNT NO.<br><br>GMSL<br>20 Crossways Park North<br>Woodbury, NY 11797 | | N A | | | | | | 47,000.00 |
| ACCOUNT NO.<br><br>Grace Moore Consultants<br>575 Amityville<br>Amityville, NY 11701-2114 | | N A | | | | | | 125,803.79 |
| ACCOUNT NO.<br><br>Grainger | | N A | | | | | | 478.38 |
| ACCOUNT NO.<br><br>Guardian Gate Company<br>19 West 34th Street<br>Suite 600<br>New York, NY 10001 | | N A | | | | | | 562.20 |
| ACCOUNT NO.    .<br><br>H & L Electric Co Inc.<br>41-11 28th Street<br>Long Island City, NY 11101 | | N A | | | | | | 253.13 |

Sheet  9 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Heavy Construction Industry Fu Local 731 34-11/09 25th Avenue Astoria, NY 11106 | | N A | | X | X | X | 806.10 |
| ACCOUNT NO. xxxxxxxxxxx3056 | | | | | | | |
| Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | | N A | | | | | 15,176.64 |
| ACCOUNT NO. | | | | | | | |
| IDC Corporation 11-40 Borden Avenue Long Island City, NY 11101 | | N A | | | | | 277,505.11 |
| ACCOUNT NO. | | | | | | | |
| Island Wide Site Development 209 South Fehr Way Bay Shore, NY 11706 | | N A | | | | | 244,737.82 |
| ACCOUNT NO. | | | | | | | |
| IUOE - Local #14 141-57 Northern Blvd. Flushing, NY 11354 | | N A | | X | X | X | 1,767.63 |
| ACCOUNT NO. | | | | | | | |
| Jam Consultants Inc. 104 W. 29th Street 9th Floor New York, NY 10001 | | N A | | | | | 11,131.09 |

Sheet 10 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re **Seasons Industrial Contracting**
Debtor(s)

Case No **11-10590**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** James A. Chirdo 237 Green Valley Road Staten Island, NY 10312 | | N A | | | | | 6,908.82 |
| **ACCOUNT NO.** Jaska Hydraulic Services P.O. Box 1171 New York, NY 10028 | | N A | | | | | 24,258.79 |
| **ACCOUNT NO.** Javier Cardenas 164 Elmwood Avenue Bogota, NJ 07603 | | N A | | | | | 58,771.61 |
| **ACCOUNT NO.** JEG, Inc. 956 Market Street Paterson, NJ 07513 | | N A | | | | | 871.40 |
| **ACCOUNT NO.** Jennifer Margiotta 27 Bruno Lane Staten Island, NY 10307 | | N A | | | | | 849.84 |
| **ACCOUNT NO.** Jose G. Sanchez-Colon 47 Sheridan Avenue Paterson, NJ 07502 | | N A | | | | | 550.19 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO.<br><br>Julio Jachero<br>258 Irving Avenue<br>Apartment 3R<br>Brooklyn, NY 11237 | | N A | | | | | | 372.82 |
| ACCOUNT NO.<br><br>Kenneth M. Murray, Esq.<br>15  Wallas Road<br>Middletown, NJ 07748 | | N A | | | | | | 5,320.00 |
| ACCOUNT NO.<br><br>Kristian T. Politis<br>P.O. Box 9205<br>Paramus, NJ 07653 | | N A | | | | | | 1,021.02 |
| ACCOUNT NO.<br><br>Lam Medical Associates<br>90-14 Elmhurst Avenue<br>Jackson Heights, NY 11372 | | N A | | | | | | 2,850.00 |
| ACCOUNT NO.<br><br>Liberty Fence<br>66 Broadway<br>Staten Island, NY 10310 | | N A | | | | | | 19,150.00 |
| ACCOUNT NO.<br><br>Linda V. Kohout<br>P.O. Box 9205<br>Paramus, NJ 07653 | | N A | | | | | | 6,152.09 |

Sheet 12 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Litchfield Cavo<br>303 West Madison Street<br>Suite 300<br>Chicago, IL 60606-3300 | | N A | | | | | 202,093.31 |
| ACCOUNT NO.<br><br>Local #78<br>Mason Tenders<br>30 Cliff Street, 6th Floor<br>New York, NY 10018 | | N A | | X | X | X | 75,756.07 |
| ACCOUNT NO.<br><br>Local 12A Annuity Funds<br>DH Cook Assoc 253 W. 35th St.<br>New York, NY 10001 | | N A | | X | X | X | 999.00 |
| ACCOUNT NO.<br><br>Local 12A Benefits Fund<br>DH Cook Assoc 253 W. 35th St.<br>12th Floor<br>New York, NY 10001 | | N A | | X | X | X | 95,304.62 |
| ACCOUNT NO.<br><br>Local 79A<br>Mason Tenders - Laboreres Loc.<br>520 8th Ave. 6th Floor<br>New York, NY 10018 | | N A | | X | X | X | 56,739.62 |
| ACCOUNT NO.<br><br>Local 79B<br>Mason Tenders-Laborers Loc<br>520 8th Ave. 6th Floor<br>New York, NY 10018 | | N A | | X | X | X | 45,204.11 |

Sheet 13 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Long Island Truck Parts <br> 565 Sunrise Hwy <br> Bay Shore, NY 11706 | | N A | | | | | 43.36 |
| ACCOUNT NO. <br><br> M. Fine Lumber Company <br> 1430 Broadway <br> Suite 1612 <br> New York, NY 10018 | | N A | | | | | 1,330.00 |
| ACCOUNT NO. <br><br> Manhattan Surveying, P.C. <br> 225 Broadway Suite 2620 <br> Suite 2620 <br> New York, NY 10007 | | N A | | | | | 133.00 |
| ACCOUNT NO. <br><br> Mark Cintron Sr. <br> 420 Wildwood Road <br> Northvale, NJ 07647 | | N A | | | | | 5,493.44 |
| ACCOUNT NO. <br><br> Mason Tenders District Council <br> 530 8th Avenue <br> Suite 600 <br> New York, NY 10018-4196 | | N A | | X | X | X | 9,976.16 |
| ACCOUNT NO. <br><br> Metropolitan Sewer, Inc. <br> 1324 Herschell Street <br> Bronx, NY 10461 | | N A | | | | | 15,050.00 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Montefiore Medical Center 111 East 210th Street Bronx, NY 10467-2490 | | N A | | | | | | 1,166.19 |
| ACCOUNT NO. | | | | | | | | |
| Mr. John P.O. Box 130 Keasbey, NJ 08832 | | N A | | | | | | 1,088.77 |
| ACCOUNT NO. | | | | | | | | |
| MSMC Emergency Services Assoc. P.O. Box 808 Grand Rapids, MI 49518-0808 | | N A | | | | | | 418.00 |
| ACCOUNT NO. | | | | | | | | |
| Myrna Herrera 780 Cornwallis Drive Easton, PA 18040 | | N A | | | | | | 1,100.38 |
| ACCOUNT NO. | | | | | | | | |
| N.Y. Laborers Political Action | | N A | | | X | X | X | 1.60 |
| ACCOUNT NO. | | | | | | | | |
| N.Y.S. Lecet Local 79 520 8th Avenue, 6th Floor New York, NY 10018 | | N A | | | X | X | X | 3.20 |

Sheet 15 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. <br><br> Nacerima - Yonkers <br> P.O. Box 183 <br> Bayonne, NJ 07002 | | N A | | | | | | 812.81 |
| ACCOUNT NO. <br><br> Nacirema Industries, Inc. <br> P.O. Box 183 <br> Bayonne, NJ 07002 | | N A | | | | | | 179,138.66 |
| ACCOUNT NO. <br><br> Nacirema Maintenance <br> 110 Evergreen Ave. <br> Newark, NJ 07114 | | N A | | | | | | 673.86 |
| ACCOUNT NO. <br><br> NAPCO | | N A | | | | | | 162.68 |
| ACCOUNT NO. <br><br> National Grid <br> 8624 Ditmas Avenue <br> Bldg #40, 2nd Floor <br> Brooklyn, NY 11236 | | N A | | | | | | 1,428.38 |
| ACCOUNT NO. <br><br> New York Concrete Corp. <br> 708 Sharrotts Road <br> Staten Island, NY 10309 | | N A | | | | | | 731.53 |

Sheet 16 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Nextel Communication P.O. Box 17621 Baltimore, MD 21297-1621 | | N A | | | | | | 6,136.79 |
| ACCOUNT NO. | | | | | | | | |
| Niko Espinosa 1581 Park Ave & 113th Street Apartment 7H New York, NY 10029 | | N A | | | | | | 278.53 |
| ACCOUNT NO. | | | | | | | | |
| Northeast Gas Services, Inc. 27 McDermott Place New Brunswick, NJ 08901 | | N A | | | | | | 1,714.12 |
| ACCOUNT NO. | | | | | | | | |
| Nova Development Group 189 Townsend Street New Brunswick, NJ 08901 | | N A | | | X | X | X | 913,427.00 |
| ACCOUNT NO. | | | | | | | | |
| NYC City Tax 66 John Street, 10th Floor New York, NY 10038 | | N A | | | | | | 3,307.21 |
| ACCOUNT NO. | | | | | | | | |
| NYC Department of Finance 66 John Street, 10th Floor New York, NY 10038 | | N A | | | | | | 175.00 |

Sheet 17 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re  **Seasons Industrial Contracting**
                       Debtor(s)
        Case No   **11-10590**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NYC Finance Administrator <br> 66 John Street 10th Floor <br> New York, NY 10038 | | N A | | | | | 1,284.00 |
| ACCOUNT NO. <br><br> NYS Sales Tax <br> Building 9 <br> W.A. Harriman Campus <br> Albany, NY 12227 | | N A | | | | | 33,190.56 |
| ACCOUNT NO. <br><br> Oliveira Contracting, Inc. <br> 15 Alberson Avenue <br> Albertson, NY 11507 | | N A | | | | | 63,187.94 |
| ACCOUNT NO. <br><br> One Communications <br> Department 284 <br> P.O. Box 80000 <br> Hartford, CT 06180-0284 | | N A | | | | | 1,399.27 |
| ACCOUNT NO. <br><br> Opal Constructions <br> 209 South Fehr Way <br> Bay Shore, NY 11706 | | N A | | | | | 11,475.00 |
| ACCOUNT NO. <br><br> Papp Iron Works, Inc. <br> 950 South Second Street <br> Plainfield, NJ 07063 | | N A | | | | | 60,897.00 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO.<br><br>Pitney Bowes-Postage Acct.<br>2225 American Drive<br>Neenah, WI 54956 | | N A | | | | | | 207.99 |
| ACCOUNT NO.<br><br>Prestige Construction<br>68 South Service Road<br>Suite 100<br>Melville, NY 11747 | | N A | | | | | | 132,582.90 |
| ACCOUNT NO. xxxxxx1518<br><br>PSE&G - Bayonne<br>P.O. BOx 14104<br>Providence, RI 02906-4106 | | N A | | | | | | 2,817.76 |
| ACCOUNT NO. xxxxxx7802<br><br>PSE&G - Bayonne<br>P.O. BOx 14104<br>Providence, RI 02906-4106 | | N A | | | | | | 470.07 |
| ACCOUNT NO.<br><br>Raul Loja<br>88-07 53rd Avenue<br>1st Floor<br>Elmhurst, NY 11373 | | N A | | | | | | 452.99 |
| ACCOUNT NO.<br><br>Reaction Reprographics<br>115 South Second Street<br>Suite 5<br>Bay Shore, NY 11706 | | N A | | | | | | 36.66 |

Sheet 19 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. <br><br> Red Hook Construction <br> 209 South Fehr Way <br> Bay Shore, NY 11706 | | N A | | | | | | 66,052.17 |
| ACCOUNT NO. <br><br> Ricardo Coke <br> 187-02 119th Drive <br> Saint Albans, NY 11412 | | N A | | | | | | 213.23 |
| ACCOUNT NO. <br><br> Richard O'Grady <br> 83 Three Brooks Road <br> Freehold, NJ 07728 | | N A | | | | | | 878.23 |
| ACCOUNT NO. <br><br> Salco Supplies <br> 49-01 67th Street <br> Woodside, NY 11377 | | N A | | | | | | 7,744.20 |
| ACCOUNT NO. <br><br> Salvatore Carucci <br> 75 Oakneck Lane <br> West Islip, NY 11795 | | N A | | | | | | 13,721.65 |
| ACCOUNT NO. <br><br> Site Safety, LLC <br> 286 Madison Ave. <br> 3rd Floor <br> New York, NY 10016 | | N A | | | | | | 29,865.00 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Skyline Scaffolding Group<br>712 Route 1<br>Edison, NJ 08817 | | N A | | | | | 1,816.25 |
| ACCOUNT NO.<br><br>Sprint<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 | | N A | | | | | 6,542.86 |
| ACCOUNT NO.<br><br>Steven L. Cuesta<br>1082 West Turner Street<br>Allentown, PA 18102 | | N A | | | | | 438.15 |
| ACCOUNT NO.<br><br>Steven M Tarshis, Esq.<br>30 Hogback Road<br>Pittstown, NJ 08867 | | N A | | | | | 1,505.00 |
| ACCOUNT NO.<br><br>The Travelers Indemnity Co.<br>4600 Fuller Drive<br>Irving, TX 75038 | | N A | | | | | 79,146.62 |
| ACCOUNT NO.<br><br>TinaMarie Girardo<br>48 Wood Street<br>Hasbrouck Heights, NJ 07604 | | N A | | | | | 923.65 |

Sheet 21 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re **Seasons Industrial Contracting**          Case No    **11-10590**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Tomahawk Cutting & Coring, LLC**<br>**459 Blackhorse Lane**<br>**North Brunswick, NJ 08902** | | N A | | | | | 35,787.50 |
| **ACCOUNT NO.** | | | | | | | |
| **Transportation Writers, Inc.**<br>**20 Broadhollow Road**<br>**Suite 1001A**<br>**Melville, NY 11747** | | N A | | | | | 32,039.80 |
| **ACCOUNT NO.** | | | | | | | |
| **Tri-Boro Hardware**<br>**120 Howard Hard Drive**<br>**Jersey City, NJ 07305** | | N A | | | | | 4,857.55 |
| **ACCOUNT NO.** | | | | | | | |
| **Underdog Trucking**<br>**116 Moonachie Avenue**<br>**Moonachie, NJ 07074** | | N A | | | | | 2,177.00 |
| **ACCOUNT NO.** | | | | | | | |
| **University Sports Publication**<br>**570 Elmont Road Depar 203**<br>**Elmont, NY 11003** | | N A | | | | | 3,950.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Verizon**<br>**P.O. Box 15124**<br>**Albany, NY 12212** | | N A | | | | | 3,950.00 |

Sheet 22 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re  **Seasons Industrial Contracting**                     Case No    **11-10590**
_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Verizon Wireless P.O. BOx 408 Newark, NJ 07101-0408 | | N A | | | | | | 168.79 |
| ACCOUNT NO. xxxxxxxxx-x0001 | | | | | | | | |
| Verizon Wireless P.O. BOx 408 Newark, NJ 07101-0408 | | N A | | | | | | 97.03 |
| ACCOUNT NO. | | | | | | | | |
| William Ellis Partners, Inc. 61 Couty Line Road Somerville, NJ 08876 | | N A | | | | | | 39,038.38 |
| ACCOUNT NO. | | | | | | | | |
| William Jachero 258 Irving Avenue Apartment 2L Brooklyn, NY 11237 | | N A | | | | | | 452.99 |
| ACCOUNT NO. | | | | | | | | |
| Wilmo Loja 43-06 Gleane Street 1st Floor Elmhurst, NY 11373 | | N A | | | | | | 239.65 |
| | | | | | | | Total | 3,704,084.54 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy